**AXELROD LLP**
**1465 Fifth Avenue, No. 7D**
**New York, NY 10035**
**www.axelrodllp.com**
**(646) 986-4444**

Robert J. Axelrod

July 26, 2022

Thomas P. Keane
Colleran, O'Hara & Mills L.L.P.
100 Crossways Park Drive West, Suite 200
Woodbury, New York 11797

      Re:    AA Medical, P.C. v. Iron Workers Locals 40, 361 & 417 Health Fund
             <u>Case No. 2:22-cv-01249 ENV-LD</u>

Dear Mr. Keane:

Pursuant to the Judge's Bundle Rule, I attach Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss and the Declaration of Vedant Vaksha, M.D. in Opposition to Defendant's Motion to Dismiss.

Please file these papers when you file Defendant's reply brief, if any.

                                            Very truly yours,

                                            /s/ Robert J. Axelrod