

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
TAYLOR ANNE WAITES
PATRICIA L. BOLAND
GLENN A. KREBS +

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA

* ALSO ADMITTED IN NEW JERSEY
** ALSO ADMITTED IN WASHINGTON, D.C.
*** ALSO ADMITTED IN NEW JERSEY AND
    CONNECTICUT
+ OF COUNSEL

August 11, 2022

**VIA ECF**
Honorable Eric N. Vitaliano, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:     A.A. Medical P.C. v. Iron Workers Locals 40, 361 and 417 Health Fund
              Case No.: 2:22-cv-01249

Your Honor:

     This firm represents Defendant Iron Workers Locals 40, 361 and 417 Health Fund ("Defendant" or the "Health Fund") in the referenced matter.

     As per your motion bundle rules, enclosed please find courtesy copies of the following:

1. Defendant's Notice of Motion,
2. Declaration of Brian J. Sabbagh in Support of Defendant's Motion to Dismiss with Exhibits A-F
3. Memorandum of Law in Support of Defendant's Motion to Dismiss
4. Declaration of Vedant Vaksha, M.D. in Opposition to Defendant's Motion to Dismiss the Complaint
5. Memorandum in Opposition to Defendant's Motion to Dismiss the Complaint
6. Defendants Reply Memorandum of Law in Support of its Motion to Dismiss

     Also, please be aware that the motion documents listed above are exact copies of the electronically filed documents that were uploaded to the Court's ECF system this date.

     Thank you for your time and attention to this matter.

     Respectfully,

     COLLERAN, O'HARA & MILLS L.L.P.

By: _____



WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
TAYLOR ANNE WAITES
PATRICIA L. BOLAND

GLENN A. KREBS +

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA

   * ALSO ADMITTED IN NEW JERSEY
  ** ALSO ADMITTED IN WASHINGTON, D.C.
*** ALSO ADMITTED IN NEW JERSEY AND
     CONNECTICUT
+ OF COUNSEL

**THOMAS P. KEANE**

Enclosures
3028-0010

cc:   <u>**VIA ECF**</u>
     Robert J. Axelrod (counsel for Plaintiff)
     Magistrate Judge Lee G. Dunst