UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **October 31, 2022** |
| **TIME:** | **10:30AM** |
| **FORMAT:** | ☐ In Person   ☒ Video Conference   ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-1249 (ENV)(LGD)** |
| **NAME OF CASE(S):** | AA Medical, P.C. v. Iron Workers Local 40, 361 & 471 Health Fund |
| **FOR PLAINTIFF(S):** | Robert J. Axelrod |
| **FOR DEFENDANT(S):** | Thomas Pearse Keane |
| **NEXT CONFERENCE(S):** | May 24, 2023 at 10:15AM in Courtroom 830 |
| **FTR/COURT REPORTER:** | 10:32-10:43, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The Court set the following case schedule:
(1) Any motion to amend the pleadings to add claims or join additional parties must be filed by **December 19, 2022**. Any motions to amend the pleadings filed after December 19, 2022 will be denied absent a showing of good cause pursuant to Fed. R. Civ. P. 16(b)(4). *See Sacerdote v. New York University*, 9 F. 4th 95, 115-16 (2d Cir. 2021).
(2) Fact discovery shall be completed by **March 31, 2023**.
(3) Primary expert reports must be produced by **April 28, 2023**.
(4) Rebuttal expert reports must be produced by **May 31, 2023**.
(5) Expert discovery shall be completed by **June 30, 2023**.
(6) The first step, if any, in dispositive motion practice must be taken consistent with the Individual Practice Rules of District Judge Eric N. Vitaliano by **August 1, 2023**.

Defendant indicated on the record that it may seek to stay discovery pending adjudication of its motion to dismiss at DE 18. Defendant is reminded that any motion to stay discovery must be made consistent with the undersigned's Individual Practice Rules IV.C-D.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge