AXELROD LLP
1465 Fifth Avenue, No. 7D
New York, NY 10035
(646) 986-4444

Robert J. Axelrod
raxelrod39@gmail.com

February 23, 2023

Hon. Lee G. Dunst
U.S. District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

      Re:    **AA Medical, P.C. v. Iron Workers Local 40, 361 & 471 Health Fund
Case No. 22-v-1249(ENV)(LGD)**

Dear Judge Dunst,

      The parties, AA Medical P.C. ("Plaintiff") and Ironworkers Local 40, 361 & 471 Health Fund ("Defendant") hereby respectfully submit this joint status report. On January 19, 2023, the Court entered an Order stating that the "Parties shall file a joint status report by 2-23-23 regarding any proposed changes to the current schedule (DE 22) in light of the Court's dismissal of Plaintiff's complaint without prejudice (DE 23)."

      On January 24, 2023 Plaintiff filed an Amended Complaint. Defendant served an Answer. The parties believe that no changes to the current schedule are necessary.

                                                             Respectfully submitted,

                                                             /s/ Robert J. Axelrod

cc:    All parties on ECF