**AXELROD LLP**
**1465 Fifth Avenue, No. 7D**
**New York, NY 10035**
**(646) 986-4444**

Robert J. Axelrod
raxelrod39@gmail.com

May 12, 2023

Hon. Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

    Re: <u>AA Medical, P.C. v. Ironworkers Local 40, 361 & 471 Health Fund</u>
       <u>Case No. 2:22-cv-1249 (ENV) (LGD)</u>

Dear Judge Dunst:

The parties hereby respectfully submit this Joint Status Report. On January 24, 2023 Plaintiff filed an Amended Complaint. Defendant served an Answer on February 17, 2023. Defendant produced the administrative record in this ERISA action. The parties believe that no changes to the current schedule are necessary.

                Respectfully submitted,

                /s/ Robert J. Axelrod

cc: All parties on ECF