UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **May 24, 2023** |
| **TIME:** | **10:15AM** |
| **FORMAT:** | ☐ In Person   ☒ Video Conference   ☐ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-1249 (ENV)(LGD)** |
| **NAME OF CASE(S):** | AA Medical, P.C. v. Iron Workers Local 40, 361 & 471 Health Fund |
| **FOR PLAINTIFF(S):** | Robert J. Axelrod |
| **FOR DEFENDANT(S):** | Thomas Pearse Keane |
| **NEXT CONFERENCE(S):** | October 17, 2023 at 10:15AM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 10:20-10:30, via Zoom |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

The schedule set forth in DE 22 remains in effect.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge