

August 31, 2023

<u>VIA ECF</u>
Hon. Lee G. Dunst
U.S. District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

   Re: AA Medical, P.C. v. Iron Workers Local 40, 361 & 471 Health Fund
      Case No. 22-v-1249(ENV)(LGD)

Dear Judge Dunst,

  The parties submit this joint status report pursuant to Your Honor's August 10th order.

  This firm represents Defendant Local 40, 361 & 417 Health Fund ("Defendant"). On August 1, 2023, the Defendant has served its Motion for Summary Judgment in accordance with the Judge's Motion Bundle Rule.

  Robert J. Axelrod, counsel for the Plaintiff, is planning to file a motion to be removed as counsel.  Neither Plaintiff nor Plaintiff's Counsel has responded to the defendants Motion for Summary Judgment.

  Thank you for your time and attention to this matter.

            Respectfully,

            COLLERAN, O'HARA & MILLS L.L.P.

            By: <u>/s/ Thomas P. Keane</u>
               THOMAS P. KEANE

3028-0010
cc: Robert Axelrod, Esq. <u>via</u> ECF