UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **October 17, 2023** |
| **TIME:** | **10:15AM** |
| **FORMAT:** | ☐ In Person   ☐ Video Conference   ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-1249 (ENV)(LGD)** |
| **NAME OF CASE(S):** | AA Medical, P.C. v. Iron Workers Local 40, 361 & 471 Health Fund |
| **FOR PLAINTIFF(S):** | Robert J. Axelrod |
| **FOR DEFENDANT(S):** | Thomas Pearse Keane |
| **NEXT CONFERENCE(S):** | November 30, 2023 at 2:00PM via AT&T Teleconference<br>(877-402-9753 – Access Code: 2785175) |
| **FTR/COURT REPORTER:** | 10:16-10:33, via AT&T Teleconference |

**RULINGS FROM STATUS CONFERENCE:**

Case called. Counsel for all sides present.

For the reasons stated on the record, Plaintiff's motion at DE 36 to withdraw as attorney, Robert J. Axelrod as counsel for Plaintiff, is GRANTED.

The Court notes that a representative of Plaintiff and Plaintiff's incoming counsel failed to appear at the telephone conference, pursuant to the undersigned's 9/1/2023 Order. Plaintiff is warned that failure to comply with the Court's orders, may result in potential sanctions, which may include a recommendation to the District Judge that the case be dismissed for failure to follow the Court's Order or failure to prosecute the case. Plaintiff is directed to provide the Court with a status update by **11/17/2023**. The Court directs both Plaintiff's and Defendant's counsel to serve a copy of this Order on Plaintiff and file proof of service by **10/20/2023**.

The Court will hold a Status Conference on **11/30/2023 at 2:00 PM** via the AT&T Teleconference Center; parties should dial 877-402-9753 and enter access code 2785175.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge