UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Lee G. Dunst<br>U.S. MAGISTRATE JUDGE<br>Deputy: Chelsea Tirado |
| **DATE:** | **November 30, 2023** |
| **TIME:** | **2:00PM** |
| **FORMAT:** | ☐ In Person    ☐ Video Conference    ☒ Telephone Conference |
| **DOCKET NUMBER(S):** | **22-CV-1249 (ENV)(LGD)** |
| **NAME OF CASE(S):** | AA Medical, P.C. v. Iron Workers Local 40, 361 & 471 Health Fund |
| **FOR PLAINTIFF(S):** | Robert J. Axelrod |
| **FOR DEFENDANT(S):** | Thomas Pearse Keane |
| **NEXT CONFERENCE(S):** | N/A |
| **FTR/COURT REPORTER:** | 2:04-2:10, via AT&T Teleconference |

**RULINGS FROM STATUS CONFERENCE:**

Case called. No appearance for Plaintiff. Counsel for defendant present.

For the reasons stated on the record, Defendant shall file a pre motion letter request to District Judge Eric N. Vitaliano seeking to dismiss this action for failure to prosecute by **12/15/2023**. The Court directs Defendant's counsel to serve a copy of this Order on Plaintiff and file proof of service on ECF by **12/6/2023**.

SO ORDERED

/s/ Lee G. Dunst
LEE G. DUNST
United States Magistrate Judge