| | |
|---|---|
| **From:** | Ruth Yambot |
| **To:** | NYED_Dunst Chambers; Chelsea Tirado |
| **Subject:** | Request for Extension - Docket # 22-CV-1249 |
| **Date:** | Wednesday, December 13, 2023 1:48:45 PM |

**CAUTION - EXTERNAL:**

AA Medical PC
2500 Nesconset Highway, Bldg 10-D, Stony Brook Ny, 11790
office@cortho.org
631-981-2663
12/13/2023

Lee G. Dunst
United States Magistrate Judge


Re: Request for Extension - Docket # 22-CV-1249

The Honorable Lee G. Dunst,

I am writing in reference to Docket # 22-CV-1249, in which I am a party involved. I am writing to request a 90-day extension of the current deadline, as stated in the court's previous order.

Due to the complexity of the case and the need to secure legal representation, I find it necessary to seek additional time to adequately prepare and ensure my interests are properly represented. I am actively in the process of searching for an attorney who can handle my case effectively, and I believe that an extension of 90 days would allow sufficient time to find legal counsel and for them to become familiar with the details of the case.

I understand the importance of adhering to court deadlines, and I am committed to ensuring that this request for an extension does not unduly delay the proceedings. My intention is to engage competent legal counsel as soon as possible to facilitate a smooth continuation of the case.

I kindly request that you grant this extension, and I assure you that I will diligently work towards securing legal representation and complying with all future court orders and deadlines. I am prepared to promptly inform the court of my attorney's contact information once representation has been secured.

If you require any further information or documentation in support of this request, please do not hesitate to contact me at [your phone number] or [your email address]. I appreciate your consideration of this matter and your understanding of my current situation.

Thank you for your attention to this request. I look forward to a favorable response.

Sincerely,

Nakul Karkare

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.