UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AA MEDICAL P.C.,                                    Case No.: 2:22-cv-01249
                              Plaintiff,                     (SJB)(LGD)

    -against-

                                                     **NOTICE OF MOTION**

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,
                              Defendant.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that, upon the Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, supporting papers, and all prior papers and proceedings herein, Defendant will move this Court, before the Honorable Sanket J. Bulsara, at the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on February 25, 2025, for an Order Dismissing Plaintiff's Complaint pursuant Federal Rule of Civil Procedure 56 and for other such relief as the Court may deem just and proper.

Dated: Woodbury, New York
       January 16, 2025

                                          COLLERAN, O'HARA & MILLS L.L.P.

                                          By: _____
                                              THOMAS P. KEANE (TK 4425)
                                              *Attorneys for Defendant*
                                              100 Crossway Park Drive West, Suite 200
                                              Woodbury, New York 11797
                                              (516) 248-5757
                                              tpk@cohmlaw.com

TO:  *VIA* ECF
      Dimitri Teresh
      The Killian Firm
      107 Tindall Road
      Tindall Executive Centers
      Middletown, NJ 07748

      Ryan Milun
      THE MILUN LAW FIRM, LLC
      Cranford Business Park
      20 Commerce Drive, Suite 135
      Cranford, New Jersey 07016