# EXHIBIT B

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF NEW YORK

3    ─────────────────────────────────────

4    AA MEDICAL, P.C.,

5              Plaintiff,

6         v.                           Case No.

7    IRON WORKERS LOCALS 40, 361 & 417      2:22-cv-

8    HEALTH FUND,                           01249

9              Defendant.                   (ENV)(LGD)

10   ─────────────────────────────────────

11            DEPOSITION OF NAKUL KARKARE, M.D.

12   DATE:          Wednesday, August 28, 2024

13   TIME:          12:06 p.m.

14   LOCATION:      Remote Proceeding

15                  2500 Nesconset Highway

16                  Stony Brook, NY 11790

17   REPORTED BY:   Paul Chamberlain

18   JOB NO.:       6869664

19

20

21

22

23

24

25

```
                                                        Page 2

 1                    A P P E A R A N C E S

 2      ON BEHALF OF PLAINTIFF AA MEDICAL, P.C.:

 3           RYAN MILUN, ESQUIRE (by videoconference)

 4           The Milun Law Firm, LLC

 5           20 Commerce Drive, Suite 135

 6           Cranford, NJ 07016

 7           ryan.milun@milunlaw.com

 8           862-702-5010

 9

10      ON BEHALF OF DEFENDANT IRON WORKERS LOCALS 40, 361 &

11      417 HEALTH FUND:

12           THOMAS KEANE, ESQUIRE (by videoconference)

13           Colleran, O'Hara & Mills, LLP

14           100 Crossways Park Drive West, Suite 200

15           Woodbury, NY 11797

16           tpk@cohmlaw.com

17           516-248-5757

18

19

20

21

22

23

24

25
```

Page 3

```
 1                    I N D E X
 2   EXAMINATION:                              PAGE
 3       By Mr. Keane                           6
 4
 5                  E X H I B I T S
 6   NO.            DESCRIPTION                 PAGE
 7                 (None marked.)
 8
 9         D O C U M E N T S   R E Q U E S T E D
10   NO.            DESCRIPTION                 PAGE
11   1              Record showing how the
12                  appeal form, dated
13                  12/15/2021, was sent to
14                  the insurance company       22
15   2              Record showing how the bill,
16                  dated 9/28/2021, was sent to
17                  the appeal department        26
18
19
20
21
22
23
24
25
```

                          N.  KARKARE

 1

 2          THE REPORTER:  Good afternoon.  My

 3     name is Paul Chamberlain; I am the

 4     reporter assigned by Veritext to take the

 5     record of this proceeding.  We are now on

 6     the record at 12:06 p.m.

 7          This is the deposition of Nakul

 8     Karkare taken in the matter of AA Medical,

 9     P.C. against Iron Workers Locals 40, 361,

10     and 417 Health Fund on August 28, 2024.

11          I am a notary authorized to take

12     acknowledgments and administer oaths in

13     New York.  Parties agree that I will swear

14     in the witness remotely outside of his

15     presence.

16          Additionally, absent an objection on

17     the record before the witness is sworn,

18     all parties and the witness understand and

19     agree that any certified transcript

20     produced from the recording virtually of

21     this proceeding:

22          - is intended for all uses permitted

23     under applicable procedural and

24     evidentiary rules and laws in the same

25     manner as a deposition recorded by

Page 5

1                    N. KARKARE

2       stenographic means; and

3            - shall constitute written

4       stipulation of such.

5            At this time will everyone in

6       attendance please identify yourself for

7       the record, beginning with Plaintiff's

8       counsel.

9            MR. MILUN:  Ryan Milun, The Milun Law

10      Firm, for the plaintiff.

11           MR. KEANE:  Tom Keane, Colleran,

12      O'Hara & Mills, for the defendant.

13           THE REPORTER:  And --

14           DR. KARKARE:  And you got me.  Nakul

15      Karkare.  I'm the owner of AA Medical,

16      P.C.

17           THE REPORTER:  Thank you.  And will

18      you please state your address for the

19      record?

20           DR. KARKARE:  Sure.  My address is

21      2500 Nesconset Highway, Stony Brook, New

22      York.  Let's see.  The ZIP Code there is

23      11790.

24           THE REPORTER:  Thank you.  Hearing no

25      objection, I will now swear in the

Page 6

1                    N. KARKARE

2        witness.  Please raise your right hand.

3   WHEREUPON,

4              NAKUL KARKARE, M.D.,

5   called as a witness and having been first

6   duly sworn to tell the truth, the whole

7   truth, and nothing but the truth, was

8   examined and testified as follows:

9              THE REPORTER:  Thank you.  You may

10       proceed.

11            MR. KEANE:  All right.  Thank you.

12                  EXAMINATION

13  BY MR. KEANE:

14       Q    Dr. Karkare, my name's Tom

15  Keane.  I'm the attorney for the

16  defendant, the Iron Workers Local 40, 361,

17  and 417 Health Fund.

18       A    Hello.

19       Q    Hello.  I have some questions

20  for you today.  Hopefully, we'll be able

21  to move through this relatively quickly.

22  So before we get started, is anyone else

23  in the room with you?

24       A    No.

25       Q    Okay.  Now, have you ever been

```
                              N.  KARKARE
 1
 2   deposed before, Dr. Karkare?
 3       A    Yes, for workers' compensation
 4   as a witness.  I am the treating doctor
 5   for numerous patients who have workers'
 6   compensation insurance, and I do get
 7   deposed for those cases.
 8       Q    So I'm just going to go over
 9   some instructions with you.  And I do want
10   to make sure -- am I pronouncing your last
11   name correctly, sir?
12       A    The beauty about my last name is
13   whichever way you say it, it's right.  So
14   it's good.
15       Q    Well, I -- if I do mispronounce
16   your name, please tell me.
17       A    Right.
18       Q    I want to show you that
19   courtesy.
20       A    No.  It's fine.  It's Karkare.
21       Q    Karkare?
22       A    Karkare.  Like a car.  Karkare.
23       Q    Okay.  Thank you.  So all of
24   your answers today need to be verbal.
25   Only one person should be speaking at a
```

```
                                          Page 8
 1                     N.  KARKARE
 2   time.  I'll ask that you wait until I
 3   finish asking the question before you
 4   answer, and I will extend that same
 5   courtesy to you.
 6          A    Okay.
 7          Q    If, for whatever reason, you
 8   need to take a break today -- use the
 9   bathroom, stretch your legs -- that's
10   fine.  All I would ask is that you answer
11   any pending questions before you take the
12   break.
13          A    Got it.
14          Q    I'd ask that if you don't
15   understand a question that you tell me
16   that you don't understand the question,
17   and I'll try to rephrase it to make it
18   clearer.
19          A    Got it.
20          Q    Did you review any documents
21   before today's deposition?
22          A    Yeah.  I reviewed the clinicals.
23          Q    Any other documents?
24          A    That's it.
25          Q    Did you speak with anyone, other
```

Page 9

1                       N. KARKARE
2    than your attorney, about this deposition?
3         A    No.
4         Q    All right.  So where are you
5    currently employed?
6         A    I am employed by my own
7    practice, AA Medical, P.C.  I'm the owner
8    of the business.
9         Q    And how long have you owned AA
10   Medical?
11        A    Since 2012.
12        Q    All right.  And you're aware
13   that AA Medical filed the lawsuit against
14   my client, the Iron Workers Health Fund?
15        A    Yes.
16        Q    And for ease -- for just ease of
17   the conversation, if I refer to "the
18   Health Fund," I'm referring to the Iron
19   Workers Local 43, 361, and 417 Health
20   Fund.
21        A    Okay.
22        Q    Does that make sense to you?
23        A    Got it.
24        Q    Thank you.  All right.  So are
25   you familiar with the date of service --

```
                                          Page 10

 1                    N. KARKARE
 2   or the service that's at issue in this
 3   lawsuit?
 4        A    Yeah.  I have the clinicals.  I
 5   can pull them up, if you like.
 6        Q    We might get into that, but --
 7        A    Okay.
 8        Q    Do you know when the date of
 9   service was for this?
10        A    I'll have to look.  If you want
11   me to look, I can tell you.
12        Q    Well, so generally, I want you
13   to testify as to what you recall.  I may
14   put some documents on the screen, or as we
15   go through the deposition, but I'd
16   rather -- if you don't remember, or you're
17   not sure, I'd rather you tell me that.
18        A    Right.  I -- I -- my
19   recollection -- I don't want to rely on
20   that.  I can read the documents to you.  I
21   am not the surgeon who treated the
22   patient, for the record.  So whatever I do
23   today will be based on the documents.
24        Q    Okay.  Then why don't we do
25   this.  I'm going to put -- can we just go
```

1                    N. KARKARE

2  off the record for a second?

3            THE REPORTER:  Sure.  Off the record,

4        12:13.

5            (Off the record.)

6            THE REPORTER:  Back on the record,

7        12:13.

8  BY MR. KEANE:

9        Q    All right.  So I'm putting on

10  the screen now -- Dr. Karkare, can you

11  confirm that you can see this?

12        A    Yes.  Yeah.  Very clear.

13        Q    All right.  Thank you.  Do you

14  need me to zoom in at all?

15        A    No.  I can read.

16        Q    I'll zoom in a little just to

17  make it easier.

18        A    Okay.  Thank you.

19        Q    So when you said you reviewed

20  "the clinicals," is this the sort of

21  document that you were reviewing?

22        A    I reviewed the chart, so this

23  gets placed into the chart, and this is

24  the intake.

25        Q    Okay.  This is the intake.

Page 12

```
 1                    N. KARKARE
 2      A     Mm-hmm.
 3      Q     This is still the intake?
 4      A     Yeah.
 5      Q     Okay.  Now this is -- these are
 6  documents that were provided by your
 7  attorneys in response to discovery
 8  demand --
 9      A     Okay.
10      Q     -- from my office.
11      A     Okay.
12      Q     So I'm just scrolling through to
13  where I think the chart is --
14      A     Okay.
15      Q     -- but bear with me for a
16  moment.
17      A     Okay.
18      Q     This all appears to still be the
19  intake form?
20      A     Yeah.
21      Q     Thank you.  Now, this document
22  here -- gesundheit.  Do you need a moment,
23  sir?
24      A     No.  I'm good.
25      Q     Okay.  Now, this document here,
```

```
                                              Page 13
 1                         N. KARKARE
 2    the "Self-Insurance Claim Form," we'll get
 3    to it.  But this is not part of the chart;
 4    correct?
 5         A    That's right.
 6         Q    All right.  So here on the 13th
 7    page of the production -- St. Catherine of
 8    Siena Medical Center -- is this the chart?
 9         A    Yes.
10         Q    Okay.
11         A    It's the operative report, just
12    like it says.
13         Q    So the date of this procedure,
14    can you just confirm what the date of the
15    procedure was?
16         A    Yeah; 6/16/2021.
17         Q    Thank you.  And what was the
18    procedure here?
19         A    It says it's left knee medial
20    meniscus root repair, along with a left
21    knee lateral meniscus repair, along with
22    left knee microfracture chondroplasty.
23         Q    All right.  And can you just
24    describe to me, in layman terms, what that
25    means?
```

Page 14

1                     N. KARKARE

2        A      Sure.  It means that Dr. Vaksha

3    repaired the cushion between the two bones

4    on the inside of the knee and outside of

5    the knee.  What he also did was create a

6    small opening in the bone to get out the

7    stem cells to help in healing of whatever

8    he did.

9        Q    All right.  Thank you.  And

10   is -- this is the procedure that AA

11   Medical filed a lawsuit over?  Is that

12   correct?

13       A    I believe so.

14       Q    Okay.  Did AA Medical have to

15   get preapproval for this procedure from

16   the patient's insurance company?

17       A    We get a preapproval for all our

18   elective cases, so I'm sure we get -- got

19   a preapproval for this one too.  I'll have

20   to look in the chart to see what date and

21   what number.  But as -- as a procedure, we

22   always get a preapproval for all elective

23   cases.  Without that, the hospital does

24   not authorize the procedure.  We do not do

25   the procedure -- cannot do the procedure

Page 15

1                        N. KARKARE
2    without that.
3        Q    So that's -- St. Catherine
4    wouldn't have allowed the surgeon to
5    perform without preapproval?
6        A    That's right.
7        Q    And you said that AA Medical
8    gets preapproval for all elective
9    procedures?
10       A    That's correct.
11       Q    So this procedure on June 16,
12   2021, that was elective?
13       A    Yes.
14       Q    Okay.  And so when you went --
15   when AA Medical goes for preapproval, is
16   that -- to whom is that directed towards?
17   Who do they make that request to?
18       A    To the insurance company.
19       Q    And this patient, do you know
20   who his insurance company was?
21       A    I'll have to look it up, but I'm
22   guessing probably the Health Fund that we
23   are talking about today.
24       Q    Do you know for sure?
25       A    I will have to look it up.

```
                                           Page 16

 1                        N. KARKARE

 2       Q     Okay.  Well, how does AA Medical

 3   determine who the patient's insurance

 4   provider is?

 5       A     Oh.  Well, we get the insurance

 6   information from the patient, and then we

 7   contact the insurance company, do

 8   eligibility verification, and put it in

 9   the chart.

10       Q     So is AA Medical requesting

11   copies of the patient's insurance card?

12       A     Yeah.  We do that when the

13   patient comes to the office.

14       Q     Is there any other information

15   that you request from the -- that AA

16   Medical requests from the patients in

17   order to determine who their insurance

18   company is?

19       A     No.  The insurance company

20   member ID and the insurance company name.

21   That's it.

22       Q     And so before this surgery could

23   have taken place on June 16, 2021, AA

24   Medical would have had to contact the

25   patient's insurance company and get
```

1                    N. KARKARE

2    preapproval for these operations?

3         A    Like I said before, yes.

4         Q    I'm going to stop the screen

5    share.  I may come back to it later, but I

6    don't need it for right now.

7              So to your knowledge, does AA --

8    has AA Medical had patients covered by the

9    Iron Workers Health Fund before?

10        A    Probably.  I'll have to run a

11   report.  Then I can tell you.

12        Q    When you say "run a report,"

13   what do you mean by that?

14        A    Run a report of insurances and

15   tell which patients were treated by which

16   insurance company by us.

17        Q    All right.  So has AA Medical

18   ever submitted a claim -- are you aware of

19   AA Medical submitting claims to the Iron

20   Workers Health Fund before?

21        A    We probably did, if we saw the

22   patient.

23        Q    Are you personally familiar with

24   any claims that have been submitted to the

25   Iron Workers Health Fund?

```
                                        Page 18
```

N. KARKARE

1
2    A    No.  I'll have to run a report,
3    like I said before.
4    Q    Okay.  So I want to take a step
5    back.  So when AA Medical performed -- no.
6    Actually, let me confirm this.  I know you
7    were not the treating physician on June
8    16, 2021.  Who was the treating physician?
9    A    Dr. Vedant Vaksha.
10   Q    And he is an employee of AA
11   Medical?
12   A    That's right.
13   Q    All right.  Thank you.  So when
14   AA Medical performs an elective surgery,
15   like the one -- like this one, who
16   generates the bill that -- who generates
17   the bill?
18   A    Well, the billing department.
19   Q    And who -- does anyone have to
20   approve that bill before it gets sent out?
21   A    Yes.
22   Q    Who has to approve the bill?
23   A    The surgeon submits the codes.
24   The surgeon approves the codes.  The
25   billing department sends out the bill.

```
                                              Page 19

 1                    N. KARKARE

 2        Q    And how soon after a surgery is

 3   performed does the bill go out, generally?

 4        A    Base, two weeks.

 5        Q    Is that an automated process, or

 6   is somebody in the billing department

 7   manually doing this work?

 8        A    Manually doing this work.

 9        Q    And do you know how the billing

10   department sends the bill?  Are they

11   mailing it, faxing it?  Do you know?

12        A    It's sent electronically to the

13   clearing house, unless there are some

14   insurance which don't accept electronic

15   claims there.  Then we -- the claims to

16   paper and send it.  And a electronic

17   medical record company does that for us.

18        Q    What's the name of that company?

19        A    We currently use Athena.

20        Q    Is that A-T-H-E-N-A?

21        A    Correct.  You're very good at

22   understanding my accent, I must say.

23        Q    Well, thank you.  I think you're

24   pretty clear, for what it's worth.

25        A    All right.
```

Page 20

1                        N. KARKARE
2         Q    So bear with me just one moment.
3    I'll just share my screen again.  All
4    right.  Can you see this?
5         A    Yep.
6         Q    This is on page 12 of
7    Plaintiff's document production.  Dr.
8    Karkare, is this the bill?
9         A    Yeah.
10        Q    Okay.  And I see -- it says
11   "Signature on File."  That's just the
12   patient's signature that you have on file;
13   correct?
14        A    "Patient's authorized" -- yeah.
15   That's what it reads there, so that's what
16   I would assume.
17        Q    Now, did you personally see this
18   bill before it went out?
19        A    No.  I -- I don't see every bill
20   that goes out.
21        Q    Okay.
22        A    The surgeon reviews the codes.
23   The billing department sends out those
24   codes.
25        Q    All right.  And do you know if

Page 21

1                     N. KARKARE

2  AA Medical got paid on this bill?

3        A    I'll have to look up the amount,

4  and if I got paid, and on which code.

5        Q    Okay.  Let's scroll up to --

6  this is page 10 of the document

7  production.  Are you familiar with this

8  document, sir?

9        A    Yeah.

10       Q    Okay.  What is this document?

11       A    This looks like appeal form sent

12 by Donna Aiello, our billing

13 administrator.

14       Q    All right.  Do you know how

15 Donna Aiello would have sent this?

16       A    Probably, as I said, you know,

17 electronically faxed it, or if the

18 insurance company doesn't accept

19 electronic faxes, we could have mailed it

20 to the insurance company.  Again, like I

21 said, I will have to look up exactly how

22 it was sent.

23       Q    So AA Medical would have some

24 sort of a record of how they sent this

25 particular bill?

Page 22

1                    N. KARKARE

2        A     Absolutely.

3        Q     All right.  I am going to make a

4   request for whatever that record is that

5   would show how this was sent.

6        A     Okay.

7        Q     I'll follow up with your

8   attorney on that.

9        A     Okay.  All right.

10       Q     Now, so this document that we're

11   looking at -- was this something that you

12   would have seen before it went out?

13       A     No.

14       Q     Okay.  And I see that it was

15   addressed "Attention: Iron Workers Claim

16   Department."  Do you have any -- are you

17   personally familiar with the claim

18   department at the Iron Workers Health

19   Fund?

20       A     No.

21       Q     Is there anyone who works for AA

22   Medical who would know, who would have

23   that familiarity?

24       A     I mean, our billing team would

25   know more about the claim department and,

Page 23

1                         N. KARKARE
2    you know, which fax number it was sent to,
3    or was it mailed, or how it came to you.
4         Q    So would Donna Aiello have
5    personal knowledge as to how a claim like
6    this was sent out?
7         A    Yeah.
8         Q    Do you know if AA Medical
9    received any response to this
10   communication?
11        A    Again, like I said, I'll have to
12   look at the records.  For the record,
13   going forward, anything that I don't see
14   on the screen, I will have to look up,
15   like I said before.
16        Q    Well, so then, I'll ask this
17   sort of generally.  Do you have any
18   personal knowledge, generally, about bills
19   that go out and the communications with
20   the insurance companies?
21        A    I'm the one who set the
22   protocols.  Do I review every bill, every
23   claim that goes out?  No.  I cannot do
24   that.
25        Q    All right.  So you generally

Page 24

1                          N.  KARKARE

2    know what the protocols are for getting

3    the bills out, but --

4          A    Correct.  Yeah.

5          Q    -- but for these bills, you

6    don't have any recollection of seeing

7    them?

8          A    No.  Like I said, it's

9    impossible for me to see every claim that

10   goes out.  I'm a practicing orthopedic

11   surgeon, and we have a billing team who

12   sends out the -- virtual connectivity

13   interruption --

14         Q    I'm just going to move to page

15   17 of the document production.  All right.

16   Can you see this?

17         A    Yeah.

18         Q    So tell me, if you know, what

19   this document is?

20         A    I'm just moving the screen a

21   little away so, you know, the camera may

22   be pointing a little upward.  "Records

23   indicate that claims for the -- were

24   underpaid.  We're requesting that you send

25   the plan documents."  Yeah.  So just like

```
                                      Page 25

 1                    N. KARKARE

 2    it says, "we are requesting the plan

 3    documents, and we are also appealing this

 4    claim."

 5         Q    All right.  Now, I note that

 6    this is dated September 28, 2021.  And the

 7    last document we looked at on page 10 of

 8    the production is dated December 15, 2021.

 9         A    Okay.

10         Q    Do you know why -- do you know

11    why the earlier document is addressed to

12    the appeal department and the later

13    document is addressed to the claims

14    department?

15         A    No.  I don't know.  But a

16    possibility is that the insurance company

17    asked us to do that.

18         Q    And I see on the top here -- and

19    I'll highlight it -- a fax number.  Is

20    that -- do you know what that fax number

21    is?

22         A    No.  The fax number on this

23    appeal; that's all I know.

24         Q    Okay.  So is that AA Medical's

25    fax number?
```

Page 26

```
 1                    N. KARKARE
 2         A    No.  No.  Our fax number is
 3    below.
 4         Q    Is that the 212 number here?
 5         A    Correct.
 6         Q    Thank you.  And -- sorry.  Do
 7    you have any personal knowledge as to how
 8    this bill was sent to the appeal
 9    department?
10         A    No.  Like I said before, I'll
11    have to look it up.  Looking at this, it
12    may have been faxed, but I'm not sure.
13         Q    All right.  I'm going to request
14    a copy of whatever record would show how
15    this was sent to the health -- sent to the
16    appeal department.
17         A    Okay.
18         Q    So I see that in this document,
19    AA Medical claims that it was underpaid.
20    When AA Medical believes that a claim is
21    underpaid, do you -- what does AA -- does
22    AA Medical send any sort of documentation
23    to support what they claim they should be
24    paid?
25         A    The billed amount is clearly
```

Page 27

1                    N.  KARKARE

2   mentioned in the submitted claim.  Any

3   amount less than the billed amount is

4   underpayment.

5        Q    Do you know if AA Medical

6   receives an explanation of benefits from

7   the Health Fund?

8        A    Did they receive an explanation

9   of benefits?  I would have to look at the

10  chart if they did.

11       Q    Do you know, is AA Medical an

12  in-network healthcare provider for the

13  Health Fund?

14       A    We are out-of-network provider.

15       Q    If AA Medical is underpaid, does

16  the billing department get you involved

17  with the appeal?

18       A    No.  No.

19       Q    Other than setting up the

20  protocols, do you have any direct

21  involvement with the billing process for

22  AA Medical?

23       A    I personally order charts

24  occasionally to make sure everything is

25  exactly the way it should be.

Page 28

1                    N. KARKARE

2        Q     And are you -- so are you

3    auditing the process, or you're auditing

4    particular bills?

5        A     Everything.

6        Q     I'm sorry.  Did you say

7    "everything"?

8        A     Yes.

9        Q     Okay.  And if an insurance

10   company denies a claim, are you personally

11   involved with AA Medical's appeal of the

12   denied claim?

13       A     Like I said, no; not for every

14   appeal that goes out.

15       Q     And for the service at issue in

16   this case that was performed on June 16,

17   2021, you weren't involved with the

18   billing of that procedure; correct?

19       A     That's right.

20       Q     And you weren't involved with

21   the appeal of the denial of claims?

22       A     Yeah.  Like I said before, I

23   wasn't involved in that.

24       Q     And is Donna Aiello -- is she

25   the person who would have the -- I'll

1                          N. KARKARE

2    strike the question.  The form I'm looking

3    at identifies Donna Aiello as the billing

4    administrator.  Is she still AA Medical's

5    billing administrator?

6         A    Yes; she is.

7         Q    Okay.  And is Ms. Aiello

8    personally involved with getting the bills

9    out and submitting appeals?

10        A    There's somebody who submits the

11   bills, but she follows up on them, and

12   she's in charge of the appeals.

13        Q    Would Ms. Aiello -- is Ms.

14   Aiello likely to have knowledge as to

15   how -- whether or not AA Medical appealed

16   this denial of claims?

17        A    Yeah.  Absolutely.

18        Q    Okay.

19        A    I mean, what I see here is that

20   she's the one who appealed it.

21             MR. KEANE:  Can we go off the record

22        for a second?

23             THE REPORTER:  Sure thing.  Off the

24        record, 12:41.

25             (Off the record.)

                                                    Page 30

1                    N. KARKARE

2              THE REPORTER:  Back on the record,

3        1:01 p.m.

4              MR. KEANE:  Thank you.

5    BY MR. KEANE:

6        Q    All right.  So I have a couple

7    of questions.  I do just want to state

8    that I will be following up with your

9    attorney, Dr. Karkare, regarding some

10   information requests for some records you

11   referenced, you know, and the Defendant

12   reserves their right to call Donna Aiello

13   as a witness.

14              You know, as I had mentioned in

15   the -- during the conference before the

16   magistrate on July 31st, the Health Fund

17   was most interested in speaking with

18   someone who had personal knowledge of the

19   appeal that was filed by AA Medical.  So

20   we reserve our right to call an additional

21   witness with more knowledge than you about

22   that.  But we'll see what those -- what

23   the records produced say.

24              So just a couple of final -- a

25   couple of, hopefully, quick questions for

                          N. KARKARE

1    you, Dr. Karkare.

2         A     Sure.

3         Q     Are you familiar with the

4    Journal of Arthroscopy?

5         A     Yeah.

6         Q     Okay.  Are you aware that in an

7    amended complaint in this case your prior

8    attorney cited a few -- a couple of

9    articles from the Journal of Arthroscopy?

10        A     I know they cited some

11   scientific literature.

12        Q     Okay.  Are you aware of what

13   those -- what that literature was?

14        A     I would have to look up the

15   literature that was submitted.

16        Q     And to your knowledge, was any

17   of that literature ever submitted to the

18   Health Fund?

19        A     I'll have to look it up.

20        Q     Okay.  Are you aware that your

21   attorneys, in responding to discovery,

22   have already said that literature was

23   never submitted to the Health Fund?

24        A     I'll have to look it up.

```
                                              Page 32

 1                    N. KARKARE

 2      Q    Okay.

 3      A    What I can tell you, as a

 4  protocolist -- they ask for something, we

 5  do submit it.  If it were asked, it would

 6  have been submitted.

 7      Q    All right.  Thank you.  And are

 8  you familiar with any other lawsuits that

 9  AA Medical has filed against my client in

10  the past?

11      A    I'll have to look it up.

12          MR. KEANE:  Thank you.  No further

13      questions.

14          THE WITNESS:  Thank you.

15          MR. MILUN:  I don't have any

16      questions.

17          THE REPORTER:  All right.  We're off

18      the record at 1:04 p.m.

19          (Time Noted:  1:04 p.m.0

20

21      _____

                    NAKUL KARKARE, M.D.

22     Subscribed and sworn to before me

23

       this _____ day of _____, 2024.

24

25      _____, Notary Public
```

                                                            **Page 33**

1                  CERTIFICATE OF DEPOSITION OFFICER

2            I, PAUL CHAMBERLAIN, the officer before whom the

3      foregoing proceedings were taken, do hereby certify that

4      any witness(es) in the foregoing proceedings, prior to

5      testifying, were duly sworn; that the proceedings were

6      recorded by me and thereafter reduced to typewriting by a

7      qualified transcriptionist; that said digital audio

8      recording of said proceedings are a true and accurate

9      record to the best of my knowledge, skills, and ability;

10     that I am neither counsel for, related to, nor employed by

11     any of the parties to the action in which this was taken;

12     and, further, that I am not a relative or employee of any

13     counsel or attorney employed by the parties hereto, nor

14     financially or otherwise interested in the outcome of this

15     action.

16

17

18

19

            PAUL CHAMBERLAIN

20          Notary Public in and for the

            State of New York

21     [X] Review of the transcript was requested.

22

23

24

25

Page 34

CERTIFICATE OF TRANSCRIBER

1

2          I, ROCHELLE RANKIN, do hereby certify that this

3    transcript was prepared from the digital audio recording of

4    the foregoing proceeding, that said transcript is a true

5    and accurate record of the proceedings to the best of my

6    knowledge, skills, and ability; that I am neither counsel

7    for, related to, nor employed by any of the parties to the

8    action in which this was taken; and, further, that I am not

9    a relative or employee of any counsel or attorney employed

10   by the parties hereto, nor financially or otherwise

11   interested in the outcome of this action.

12

13

14

15   *Rochelle R. Rankin*

16    ROCHELLE RANKIN

17

18

19

20

21

22

23

24

25

Page 35

```
1
2              ERRATA SHEET
        VERITEXT/NEW YORK REPORTING, LLC
3    CASE NAME: AA Medical, P.C. v.
     Iron Workers Local 40, 361 & 417 Health Fund
4    DATE OF DEPOSITION:  August 28, 2024
     WITNESS' NAME: Nakul Karkare, M.D.
5
     PAGE/LINE(s)/      CHANGE           REASON
6    ____/_____/_____/_____
     ____/_____/_____/_____
7    ____/_____/_____/_____
     ____/_____/_____/_____
8    ____/_____/_____/_____
     ____/_____/_____/_____
9    ____/_____/_____/_____
     ____/_____/_____/_____
10   ____/_____/_____/_____
     ____/_____/_____/_____
11   ____/_____/_____/_____
     ____/_____/_____/_____
12   ____/_____/_____/_____
     ____/_____/_____/_____
13   ____/_____/_____/_____
     ____/_____/_____/_____
14   ____/_____/_____/_____
     ____/_____/_____/_____
15   ____/_____/_____/_____
     ____/_____/_____/_____
16   ____/_____/_____/_____
     ____/_____/_____/_____
17   ____/_____/_____/_____
     ____/_____/_____/_____
18   ____/_____/_____/_____
19
20              _____
                NAKUL KARKARE, M.D.
21
     Subscribed and Sworn To
22   Before Me This_____Day
     of_____, 20  .
23
     _____
24        Notary Public
25   My Commission Expires_____
```

| & | | |
|---|---|---|
| **&**  1:7 2:10,13 5:12 35:3 | 25:6,8 28:17 | **8** |

**2024**  1:12 4:10 32:23 35:4

**212**  26:4

**22**  3:14

**2500**  1:15 5:21

**26**  3:17

**26358**  34:15

**26503**  33:19

**28**  1:12 4:10 25:6 35:4

**2:22**  1:7

**0**

**01249**  1:8
**07016**  2:6

**1**

**1**  3:11
**10**  21:6 25:7
**100**  2:14
**11790**  1:16
  5:23
**11797**  2:15
**12**  20:6
**12/15/2021**
  3:13
**12:06**  1:13 4:6
**12:13**  11:4,7
**12:41**  29:24
**135**  2:5
**13th**  13:6
**15**  25:8
**16**  15:11 16:23
  18:8 28:16
**17**  24:15
**1:01**  30:3
**1:04**  32:18,19

**2**

**2**  3:15
**20**  2:5 35:22
**200**  2:14
**2012**  9:11
**2021**  15:12
  16:23 18:8

**3**

**31st**  30:16
**361**  1:7 2:10
  4:9 6:16 9:19
  35:3

**4**

**40**  1:7 2:10 4:9
  6:16 35:3
**417**  1:7 2:11
  4:10 6:17 9:19
  35:3
**43**  9:19

**5**

**516-248-5757**
  2:17

**6**

**6**  3:3
**6/16/2021**
  13:16
**6869664**  1:18

**8**

**862-702-5010**
  2:8

**9**

**9/28/2021**  3:16

**a**

**aa**  1:4 2:2 4:8
  5:15 9:7,9,13
  14:10,14 15:7
  15:15 16:2,10
  16:15,23 17:7
  17:8,17,19
  18:5,10,14
  21:2,23 22:21
  23:8 25:24
  26:19,20,21,22
  27:5,11,15,22
  28:11 29:4,15
  30:19 32:9
  35:3
**ability**  33:9
  34:6
**able**  6:20
**absent**  4:16
**absolutely**  22:2
  29:17
**accent**  19:22
**accept**  19:14
  21:18
**accurate**  33:8
  34:5
**acknowledg...**
  4:12

**action**  33:11,15
  34:8,11
**actually**  18:6
**additional**
  30:20
**additionally**
  4:16
**address**  5:18,20
**addressed**
  22:15 25:11,13
**administer**
  4:12
**administrator**
  21:13 29:4,5
**afternoon**  4:2
**agree**  4:13,19
**aiello**  21:12,15
  23:4 28:24
  29:3,7,13,14
  30:12
**allowed**  15:4
**amended**  31:8
**amount**  21:3
  26:25 27:3,3
**answer**  8:4,10
**answers**  7:24
**appeal**  3:12,17
  21:11 25:12,23
  26:8,16 27:17
  28:11,14,21
  30:19
**appealed**  29:15
  29:20
**appealing**  25:3

**[appeals - communication]**                                                    Page 2

| | | | |
|---|---|---|---|
| **appeals**  29:9,12 | 31:21 | **break**  8:8,12 | **chondroplasty** |
| **appears**  12:18 | **b** | **brook**  1:16 | 13:22 |
| **applicable**  4:23 | | 5:21 | **cited**  31:9,11 |
| **approve**  18:20 | **b**  3:5 | **business**  9:8 | **claim**  13:2 |
| 18:22 | **back**  11:6 17:5 | **c** | 17:18 22:15,17 |
| **approves**  18:24 | 18:5 30:2 | | 22:25 23:5,23 |
| **arthroscopy** | **base**  19:4 | **c**  2:1 3:9 | 24:9 25:4 |
| 31:5,10 | **based**  10:23 | **call**  30:12,20 | 26:20,23 27:2 |
| **articles**  31:10 | **bathroom**  8:9 | **called**  6:5 | 28:10,12 |
| **asked**  25:17 | **bear**  12:15 20:2 | **camera**  24:21 | **claims**  17:19,24 |
| 32:5 | **beauty**  7:12 | **car**  7:22 | 19:15,15 24:23 |
| **asking**  8:3 | **beginning**  5:7 | **card**  16:11 | 25:13 26:19 |
| **assigned**  4:4 | **behalf**  2:2,10 | **case**  1:6 28:16 | 28:21 29:16 |
| **assume**  20:16 | **believe**  14:13 | 31:8 35:3 | **clear**  11:12 |
| **athena**  19:19 | **believes**  26:20 | **cases**  7:7 14:18 | 19:24 |
| **attendance**  5:6 | **benefits**  27:6,9 | 14:23 | **clearer**  8:18 |
| **attention**  22:15 | **best**  33:9 34:5 | **catherine**  13:7 | **clearing**  19:13 |
| **attorney**  6:15 | **bill**  3:15 18:16 | 15:3 | **clearly**  26:25 |
| 9:2 22:8 30:9 | 18:17,20,22,25 | **cells**  14:7 | **client**  9:14 32:9 |
| 31:9 33:13 | 19:3,10 20:8 | **center**  13:8 | **clinicals**  8:22 |
| 34:9 | 20:18,19 21:2 | **certificate**  33:1 | 10:4 11:20 |
| **attorneys**  12:7 | 21:25 23:22 | 34:1 | **code**  5:22 21:4 |
| 31:22 | 26:8 | **certified**  4:19 | **codes**  18:23,24 |
| **audio**  33:7 34:3 | **billed**  26:25 | **certify**  33:3 | 20:22,24 |
| **auditing**  28:3,3 | 27:3 | 34:2 | **cohmlaw.com** |
| **august**  1:12 | **billing**  18:18,25 | **chamberlain** | 2:16 |
| 4:10 35:4 | 19:6,9 20:23 | 1:17 4:3 33:2 | **colleran**  2:13 |
| **authorize** | 21:12 22:24 | 33:19 | 5:11 |
| 14:24 | 24:11 27:16,21 | **change**  35:5 | **come**  17:5 |
| **authorized** | 28:18 29:3,5 | **charge**  29:12 | **comes**  16:13 |
| 4:11 20:14 | **bills**  23:18 24:3 | **chart**  11:22,23 | **commerce**  2:5 |
| **automated** | 24:5 28:4 29:8 | 12:13 13:3,8 | **commission** |
| 19:5 | 29:11 | 14:20 16:9 | 35:25 |
| **aware**  9:12 | **bone**  14:6 | 27:10 | **communication** |
| 17:18 31:7,13 | **bones**  14:3 | **charts**  27:23 | 23:10 |

communicati... 23:19
companies 23:20
company 3:14 14:16 15:18,20 16:7,18,19,20 16:25 17:16 19:17,18 21:18 21:20 25:16 28:10
compensation 7:3,6
complaint 31:8
conference 30:15
confirm 11:11 13:14 18:6
connectivity 24:12
constitute 5:3
contact 16:7,24
conversation 9:17
copies 16:11
copy 26:14
correct 13:4 14:12 15:10 19:21 20:13 24:4 26:5 28:18
correctly 7:11
counsel 5:8 33:10,13 34:6 34:9

couple 30:6,24 30:25 31:9
court 1:1
courtesy 7:19 8:5
covered 17:8
cranford 2:6
create 14:5
crossways 2:14
currently 9:5 19:19
cushion 14:3
cv 1:7

**d**

d 3:1,9,9
date 1:12 9:25 10:8 13:13,14 14:20 35:4
dated 3:12,16 25:6,8
day 32:23 35:22
december 25:8
defendant 1:9 2:10 5:12 6:16 30:11
demand 12:8
denial 28:21 29:16
denied 28:12
denies 28:10
department 3:17 18:18,25 19:6,10 20:23 22:16,18,25

25:12,14 26:9 26:16 27:16
deposed 7:2,7
deposition 1:11 4:7,25 8:21 9:2 10:15 33:1 35:4
describe 13:24
description 3:6 3:10
determine 16:3 16:17
digital 33:7 34:3
direct 27:20
directed 15:16
discovery 12:7 31:22
district 1:1,2
doctor 7:4
document 11:21 12:21,25 20:7 21:6,8,10 22:10 24:15,19 25:7,11,13 26:18
documentation 26:22
documents 8:20,23 10:14 10:20,23 12:6 24:25 25:3
doing 19:7,8
donna 21:12,15 23:4 28:24

29:3 30:12
dr 5:14,20 6:14 7:2 11:10 14:2 18:9 20:7 30:9 31:2
drive 2:5,14
duly 6:6 33:5

**e**

e 2:1,1 3:1,5,9,9 3:9,9 19:20
earlier 25:11
ease 9:16,16
easier 11:17
eastern 1:2
elective 14:18 14:22 15:8,12 18:14
electronic 19:14,16 21:19
electronically 19:12 21:17
eligibility 16:8
employed 9:5,6 33:10,13 34:7 34:9
employee 18:10 33:12 34:9
env 1:9
errata 35:2
es 33:4
esquire 2:3,12
evidentiary 4:24
exactly 21:21 27:25

**examination**
   3:2 6:12
**examined**  6:8
**expires**  35:25
**explanation**
   27:6,8
**extend**  8:4

**f**

**familiar**  9:25
   17:23 21:7
   22:17 31:4
   32:8
**familiarity**
   22:23
**fax**  23:2 25:19
   25:20,22,25
   26:2
**faxed**  21:17
   26:12
**faxes**  21:19
**faxing**  19:11
**file**  20:11,12
**filed**  9:13 14:11
   30:19 32:9
**final**  30:24
**financially**
   33:14 34:10
**fine**  7:20 8:10
**finish**  8:3
**firm**  2:4 5:10
**first**  6:5
**follow**  22:7
**following**  30:8
**follows**  6:8
   29:11

**foregoing**  33:3
   33:4 34:4
**form**  3:12
   12:19 13:2
   21:11 29:2
**forward**  23:13
**fund**  1:8 2:11
   4:10 6:17 9:14
   9:18,20 15:22
   17:9,20,25
   22:19 27:7,13
   30:16 31:19,24
   35:3
**further**  32:12
   33:12 34:8

**g**

**generally**  10:12
   19:3 23:17,18
   23:25
**generates**
   18:16,16
**gesundheit**
   12:22
**getting**  24:2
   29:8
**go**  7:8 10:15,25
   19:3 23:19
   29:21
**goes**  15:15
   20:20 23:23
   24:10 28:14
**going**  7:8 10:25
   17:4 22:3
   23:13 24:14
   26:13

**good**  4:2 7:14
   12:24 19:21
**guessing**  15:22

**h**

**h**  3:5 19:20
**hand**  6:2
**healing**  14:7
**health**  1:8 2:11
   4:10 6:17 9:14
   9:18,19 15:22
   17:9,20,25
   22:18 26:15
   27:7,13 30:16
   31:19,24 35:3
**healthcare**
   27:12
**hearing**  5:24
**hello**  6:18,19
**help**  14:7
**hereto**  33:13
   34:10
**highlight**  25:19
**highway**  1:15
   5:21
**hmm**  12:2
**hopefully**  6:20
   30:25
**hospital**  14:23
**house**  19:13

**i**

**identifies**  29:3
**identify**  5:6
**impossible**  24:9

**indicate**  24:23
**information**
   16:6,14 30:10
**inside**  14:4
**instructions**
   7:9
**insurance**  3:14
   7:6 13:2 14:16
   15:18,20 16:3
   16:5,7,11,17,19
   16:20,25 17:16
   19:14 21:18,20
   23:20 25:16
   28:9
**insurances**
   17:14
**intake**  11:24,25
   12:3,19
**intended**  4:22
**interested**
   30:17 33:14
   34:11
**interruption**
   24:13
**involved**  27:16
   28:11,17,20,23
   29:8
**involvement**
   27:21
**iron**  1:7 2:10
   4:9 6:16 9:14
   9:18 17:9,19
   17:25 22:15,18
   35:3

**issue** 10:2
28:15

**j**

**job** 1:18
**journal** 31:5,10
**july** 30:16
**june** 15:11
16:23 18:7
28:16

**k**

**karkare** 1:11
4:1,8 5:1,14,15
5:20 6:1,4,14
7:1,2,20,21,22
7:22 8:1 9:1
10:1 11:1,10
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1 20:1
20:8 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1,9
31:1,2 32:1,21
35:4,20
**keane** 2:12 3:3
5:11,11 6:11
6:13,15 11:8
29:21 30:4,5
32:12
**knee** 13:19,21
13:22 14:4,5
**know** 10:8
15:19,24 18:6

19:9,11 20:25
21:14,16 22:22
22:25 23:2,8
24:2,18,21
25:10,10,15,20
25:23 27:5,11
30:11,14 31:11
**knowledge**
17:7 23:5,18
26:7 29:14
30:18,21 31:17
33:9 34:6

**l**

**lateral** 13:21
**law** 2:4 5:9
**laws** 4:24
**lawsuit** 9:13
10:3 14:11
**lawsuits** 32:8
**layman** 13:24
**left** 13:19,20,22
**legs** 8:9
**lgd** 1:9
**likely** 29:14
**line** 35:5
**literature**
31:12,14,16,18
31:23
**little** 11:16
24:21,22
**llc** 2:4 35:2
**llp** 2:13
**local** 6:16 9:19
35:3

**locals** 1:7 2:10
4:9
**location** 1:14
**long** 9:9
**look** 10:10,11
14:20 15:21,25
21:3,21 23:12
23:14 26:11
27:9 31:15,20
31:25 32:11
**looked** 25:7
**looking** 22:11
26:11 29:2
**looks** 21:11

**m**

**m** 3:9
**m.d.** 1:11 6:4
32:21 35:4,20
**magistrate**
30:16
**mailed** 21:19
23:3
**mailing** 19:11
**make** 7:10 8:17
9:22 11:17
15:17 22:3
27:24
**manner** 4:25
**manually** 19:7
19:8
**marked** 3:7
**matter** 4:8
**mean** 17:13
22:24 29:19

**means** 5:2
13:25 14:2
**medial** 13:19
**medical** 1:4 2:2
4:8 5:15 9:7,10
9:13 13:8
14:11,14 15:7
15:15 16:2,10
16:16,24 17:8
17:17,19 18:5
18:11,14 19:17
21:2,23 22:22
23:8 26:19,20
26:22 27:5,11
27:15,22 29:15
30:19 32:9
35:3
**medical's** 25:24
28:11 29:4
**member** 16:20
**meniscus** 13:20
13:21
**mentioned** 27:2
30:14
**microfracture**
13:22
**mills** 2:13 5:12
**milun** 2:3,4 5:9
5:9,9 32:15
**milunlaw.com**
2:7
**mispronounce**
7:15
**mm** 12:2

**moment** 12:16
12:22 20:2
**move** 6:21
24:14
**moving** 24:20

**n**

**n** 2:1 3:1,9 4:1
5:1 6:1 7:1 8:1
9:1 10:1 11:1
12:1 13:1 14:1
15:1 16:1 17:1
18:1 19:1,20
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1
**nakul** 1:11 4:7
5:14 6:4 32:21
35:4,20
**name** 4:3 7:11
7:12,16 16:20
19:18 35:3,4
**name's** 6:14
**need** 7:24 8:8
11:14 12:22
17:6
**neither** 33:10
34:6
**nesconset** 1:15
5:21
**network** 27:12
27:14
**never** 31:24

**new** 1:2 4:13
5:21 33:20
35:2
**nj** 2:6
**notary** 4:11
32:25 33:20
35:24
**note** 25:5
**noted** 32:19
**number** 14:21
23:2 25:19,20
25:22,25 26:2
26:4
**numerous** 7:5
**ny** 1:16 2:15

**o**

**o** 3:9
**o'hara** 2:13
5:12
**oaths** 4:12
**objection** 4:16
5:25
**occasionally**
27:24
**office** 12:10
16:13
**officer** 33:1,2
**oh** 16:5
**okay** 6:25 7:23
8:6 9:21 10:7
10:24 11:18,25
12:5,9,11,14,17
12:25 13:10
14:14 15:14
16:2 18:4

20:10,21 21:5
21:10 22:6,9
22:14 25:9,24
26:17 28:9
29:7,18 31:7
31:13,21 32:2
**opening** 14:6
**operations** 17:2
**operative** 13:11
**order** 16:17
27:23
**orthopedic**
24:10
**outcome** 33:14
34:11
**outside** 4:14
14:4
**own** 9:6
**owned** 9:9
**owner** 5:15 9:7

**p**

**p** 2:1,1
**p.c.** 1:4 2:2 4:9
5:16 9:7 35:3
**p.m.** 1:13 4:6
30:3 32:18
**p.m.0** 32:19
**page** 3:2,6,10
13:7 20:6 21:6
24:14 25:7
35:5
**paid** 21:2,4
26:24
**paper** 19:16

**park** 2:14
**part** 13:3
**particular**
21:25 28:4
**parties** 4:13,18
33:11,13 34:7
34:10
**past** 32:10
**patient** 10:22
15:19 16:6,13
17:22
**patient's** 14:16
16:3,11,25
20:12,14
**patients** 7:5
16:16 17:8,15
**paul** 1:17 4:3
33:2,19
**pending** 8:11
**perform** 15:5
**performed** 18:5
19:3 28:16
**performs** 18:14
**permitted** 4:22
**person** 7:25
28:25
**personal** 23:5
23:18 26:7
30:18
**personally**
17:23 20:17
22:17 27:23
28:10 29:8
**physician** 18:7
18:8

**[place - requesting]**                                                                 Page 7

| | | | |
|---|---|---|---|
| **place**  16:23 | **proceeding** | **quick**  30:25 | **referenced** |
| **placed**  11:23 | 1:14 4:5,21 | **quickly**  6:21 | 30:11 |
| **plaintiff**  1:5 2:2 | 34:4 | **r** | **referring**  9:18 |
| 5:10 | **proceedings** | **r**  2:1 3:9 | **regarding**  30:9 |
| **plaintiff's**  5:7 | 33:3,4,5,8 34:5 | **raise**  6:2 | **related**  33:10 |
| 20:7 | **process**  19:5 | **rankin**  34:2,16 | 34:7 |
| **plan**  24:25 25:2 | 27:21 28:3 | **rather**  10:16,17 | **relative**  33:12 |
| **please**  5:6,18 | **produced**  4:20 | **read**  10:20 | 34:9 |
| 6:2 7:16 | 30:23 | 11:15 | **relatively**  6:21 |
| **pointing**  24:22 | **production** | **reads**  20:15 | **rely**  10:19 |
| **possibility** | 13:7 20:7 21:7 | **reason**  8:7 35:5 | **remember** |
| 25:16 | 24:15 25:8 | **recall**  10:13 | 10:16 |
| **practice**  9:7 | **pronouncing** | **receive**  27:8 | **remote**  1:14 |
| **practicing** | 7:10 | **received**  23:9 | **remotely**  4:14 |
| 24:10 | **protocolist** | **receives**  27:6 | **repair**  13:20,21 |
| **preapproval** | 32:4 | **recollection** | **repaired**  14:3 |
| 14:15,17,19,22 | **protocols**  23:22 | 10:19 24:6 | **rephrase**  8:17 |
| 15:5,8,15 17:2 | 24:2 27:20 | **record**  3:11,15 | **report**  13:11 |
| **prepared**  34:3 | **provided**  12:6 | 4:5,6,17 5:7,19 | 17:11,12,14 |
| **presence**  4:15 | **provider**  16:4 | 10:22 11:2,3,5 | 18:2 |
| **pretty**  19:24 | 27:12,14 | 11:6 19:17 | **reported**  1:17 |
| **prior**  31:8 33:4 | **public**  32:25 | 21:24 22:4 | **reporter**  4:2,4 |
| **probably**  15:22 | 33:20 35:24 | 23:12 26:14 | 5:13,17,24 6:9 |
| 17:10,21 21:16 | **pull**  10:5 | 29:21,24,25 | 11:3,6 29:23 |
| **procedural** | **put**  10:14,25 | 30:2 32:18 | 30:2 32:17 |
| 4:23 | 16:8 | 33:9 34:5 | **reporting**  35:2 |
| **procedure** | **putting**  11:9 | **recorded**  4:25 | **request**  15:17 |
| 13:13,15,18 | **q** | 33:6 | 16:15 22:4 |
| 14:10,15,21,24 | **qualified**  33:7 | **recording**  4:20 | 26:13 |
| 14:25,25 15:11 | **question**  8:3,15 | 33:8 34:3 | **requested** |
| 28:18 | 8:16 29:2 | **records**  23:12 | 33:21 |
| **procedures** | **questions**  6:19 | 24:22 30:10,23 | **requesting** |
| 15:9 | 8:11 30:7,25 | **reduced**  33:6 | 16:10 24:24 |
| **proceed**  6:10 | 32:13,16 | **refer**  9:17 | 25:2 |

**requests** 16:16
  30:10
**reserve** 30:20
**reserves** 30:12
**responding**
  31:22
**response** 12:7
  23:9
**review** 8:20
  23:22 33:21
**reviewed** 8:22
  11:19,22
**reviewing**
  11:21
**reviews** 20:22
**right** 6:2,11
  7:13,17 9:4,12
  9:24 10:18
  11:9,13 13:5,6
  13:23 14:9
  15:6 17:6,17
  18:12,13 19:25
  20:4,25 21:14
  22:3,9 23:25
  24:15 25:5
  26:13 28:19
  30:6,12,20
  32:7,17
**rochelle** 34:2
  34:16
**room** 6:23
**root** 13:20
**rules** 4:24
**run** 17:10,12
  17:14 18:2

**ryan** 2:3 5:9
**ryan.milun** 2:7

**s**

**s** 2:1 3:5,9,9
  35:5
**saw** 17:21
**says** 13:12,19
  20:10 25:2
**scientific** 31:12
**screen** 10:14
  11:10 17:4
  20:3 23:14
  24:20
**scroll** 21:5
**scrolling** 12:12
**second** 11:2
  29:22
**see** 5:22 11:11
  14:20 20:4,10
  20:17,19 22:14
  23:13 24:9,16
  25:18 26:18
  29:19 30:22
**seeing** 24:6
**seen** 22:12
**self** 13:2
**send** 19:16
  24:24 26:22
**sends** 18:25
  19:10 20:23
  24:12
**sense** 9:22
**sent** 3:13,16
  18:20 19:12
  21:11,15,22,24

22:5 23:2,6
  26:8,15,15
**september** 25:6
**service** 9:25
  10:2,9 28:15
**set** 23:21
**setting** 27:19
**share** 17:5 20:3
**sheet** 35:2
**show** 7:18 22:5
  26:14
**showing** 3:11
  3:15
**siena** 13:8
**signature** 20:11
  20:12 33:19
  34:15
**sir** 7:11 12:23
  21:8
**skills** 33:9 34:6
**small** 14:6
**somebody** 19:6
  29:10
**soon** 19:2
**sorry** 26:6 28:6
**sort** 11:20
  21:24 23:17
  26:22
**speak** 8:25
**speaking** 7:25
  30:17
**st** 13:7 15:3
**started** 6:22
**state** 5:18 30:7
  33:20

**states** 1:1
**stem** 14:7
**stenographic**
  5:2
**step** 18:4
**stipulation** 5:4
**stony** 1:16 5:21
**stop** 17:4
**stretch** 8:9
**strike** 29:2
**submit** 32:5
**submits** 18:23
  29:10
**submitted**
  17:18,24 27:2
  31:16,18,24
  32:6
**submitting**
  17:19 29:9
**subscribed**
  32:22 35:21
**suite** 2:5,14
**support** 26:23
**sure** 5:20 7:10
  10:17 11:3
  14:2,18 15:24
  26:12 27:24
  29:23 31:3
**surgeon** 10:21
  15:4 18:23,24
  20:22 24:11
**surgery** 16:22
  18:14 19:2
**swear** 4:13
  5:25

**sworn** 4:17 6:6
32:22 33:5
35:21

**t**

**t** 3:5,9,9 19:20
**take** 4:4,11 8:8
8:11 18:4
**taken** 4:8 16:23
33:3,11 34:8
**talking** 15:23
**team** 22:24
24:11
**tell** 6:6 7:16
8:15 10:11,17
17:11,15 24:18
32:3
**terms** 13:24
**testified** 6:8
**testify** 10:13
**testifying** 33:5
**thank** 5:17,24
6:9,11 7:23
9:24 11:13,18
12:21 13:17
14:9 18:13
19:23 26:6
30:4 32:7,12
32:14
**thing** 29:23
**think** 12:13
19:23
**thomas** 2:12
**time** 1:13 5:5
8:2 32:19

**today** 6:20 7:24
8:8 10:23
15:23
**today's** 8:21
**tom** 5:11 6:14
**top** 25:18
**towards** 15:16
**tpk** 2:16
**transcriber**
34:1
**transcript** 4:19
33:21 34:3,4
**transcriptionist**
33:7
**treated** 10:21
17:15
**treating** 7:4
18:7,8
**true** 33:8 34:4
**truth** 6:6,7,7
**try** 8:17
**two** 14:3 19:4
**typewriting**
33:6

**u**

**u** 3:9,9
**under** 4:23
**underpaid**
24:24 26:19,21
27:15
**underpayment**
27:4
**understand**
4:18 8:15,16

**understanding**
19:22
**united** 1:1
**upward** 24:22
**use** 8:8 19:19
**uses** 4:22

**v**

**v** 1:6 35:3
**vaksha** 14:2
18:9
**vedant** 18:9
**verbal** 7:24
**verification**
16:8
**veritext** 4:4
35:2
**videoconfere...**
2:3,12
**virtual** 24:12
**virtually** 4:20

**w**

**wait** 8:2
**want** 7:9,18
10:10,12,19
18:4 30:7
**way** 7:13 27:25
**wednesday**
1:12
**weeks** 19:4
**went** 15:14
20:18 22:12
**west** 2:14
**whichever** 7:13

**witness** 4:14,17
4:18 6:2,5 7:4
30:13,21 32:14
33:4 35:4
**woodbury** 2:15
**work** 19:7,8
**workers** 1:7
2:10 4:9 6:16
7:3,5 9:14,19
17:9,20,25
22:15,18 35:3
**works** 22:21
**worth** 19:24
**written** 5:3

**x**

**x** 3:1,5 33:21

**y**

**yeah** 8:22 10:4
11:12 12:4,20
13:16 16:12
20:9,14 21:9
23:7 24:4,17
24:25 28:22
29:17 31:6
**yep** 20:5
**york** 1:2 4:13
5:22 33:20
35:2

**z**

**zip** 5:22
**zoom** 11:14,16

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.