# EXHIBIT E

# HEALTH INSURANCE CLAIM FORM

CLIENT CODE: MGCLMNum
SUBMITTED CLMNum:
FILE NAME:
ISA/GS/ST:

1993382

| Field | Value |
|---|---|
| Insurance type | OTHER [X] |
| 2. Patient's Name | SIDOTE, BRIAN |
| 3. Birth Date | 04 16 87  M [X] |
| 4. Insured's Name | SIDOTE, BRIAN |
| 5. Patient's Address | 201A HIGBIE LANE |
| 6. Relationship | Self [X] |
| 7. Insured's Address | 201A HIGBIE LANE |
| City, State | WEST ISLIP, NY |
| Zip | 117950000 |
| 11. Insured's Policy Group | 1921 |
| Insured's DOB | 04 16 87  M [X] |
| Insurance Plan | MAGNACAREUNIO |
| Another health plan | NO [X] |

Signed: SIGNATURE ON FILE (both)

21. Diagnosis: A. M25562

24. Services:

| Line | From MM DD YY | To MM DD YY | POS | EMG | CPT/HCPCS | MOD | Dx Ptr | Charges | Units | NPI |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06 16 21 | 06 16 21 | 22 | 1 | 29883 | 59 LT | A | 99756.32 | 61 $0 / 1 | NPI |
| 2 | 06 16 21 | 06 16 21 | 22 | 1 | 29879 | LT | A | 58682.32 | 61 $0 / 1 | NPI |

25. Federal Tax ID: 462667021 [X] SSN
26. Patient's Account No: 7446V21646
27. Accept Assignment: YES [X]
28. Total Charge: 158438.64
29. Amount Paid: 0.00

31. Signature of Physician: VAKSHA, VEDANT

32. Service Facility: AA MEDICAL PC, 50 NY 25 A, SMITHTOWN, NY 117873448 — 1982663423

33. Billing Provider: AA MEDICAL PC, 2500 NESCONSET HWY, STONY BROOK, NY 117900000 — 1093150385

*****GENERATED FROM DATA*****