# EXHIBIT F

**FH PREVAILING CHARGE REFERENCE SYSTEM**

Beginning with DOS on/after 1/1/18 an indication appearing below the procedure code / modifiers will show whether the FH benchmark is based on claims received & analyzed ["Actual"] or derived from values in other geozip areas ["Derived]. This data is only available for CPT-coded items.

| CLAIM# | SERVICE DATE | ZIP 5 | GEOGAREA | CODE # | MOD | * RVU FILL | DESCRIPTION | AS/GLOBAL | CPT/MOD SUBCODES # OBS / VERS YR-MO / SERIAL |
|---|---|---|---|---|---|---|---|---|---|
| 203926 | 6/16/21 | 11787 | NY-BRENTWOOD, CORAM, RIVERHEAD | 29883 | | | ARTHROSCOPY KNEE W/MENISCUS RPR ME | N 090 | 8  202012  115632 |

FH Derived Charge Basis

| 25 | 30 | 40 | 50 | 60 | 70 | 75 | 80 | 85 | 90 | 95 | RVU SUB / SVU / PAY% |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3517.47 | 3697.42 | 4132.61 | 4828.50 | 5668.09 | 7052.49 | 7655.27 | 8423.99 | 9377.28 | 13242.18 | 19215.73 | 26.64  100% |

| 203926 | 6/16/21 | 11787 | NY-BRENTWOOD, CORAM, RIVERHEAD | 29879 | | | ARTHRS KNEE ABRASION ARTHRPHLT OP | N 090 | 56  202012  115633 |
|---|---|---|---|---|---|---|---|---|---|

Actual Charge Basis

| 25 | 30 | 40 | 50 | 60 | 70 | 75 | 80 | 85 | 90 | 95 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2550.00 | 2572.00 | 3355.00 | 4000.01 | 5144.01 | 6080.01 | 8400.00 | 8400.00 | 8400.00 | 8400.00 | 9830.00 | 20.6  100% |

| 203926 | 7/15/21 | 11787 | NY-BRENTWOOD, CORAM, RIVERHEAD | 29888 | | | ARTHRS AIDED ANT CRUCIATE LIGM RPR | Y 090 | 233  202106  115634 |
|---|---|---|---|---|---|---|---|---|---|

Actual Charge Basis

| 25 | 30 | 40 | 50 | 60 | 70 | 75 | 80 | 85 | 90 | 95 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3798.99 | 3815.99 | 6499.98 | 9497.50 | 16290.01 | 16290.01 | 18995.00 | 18995.00 | 18995.00 | 18995.00 | 18995.00 | 38.13  100% |