

WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE
CHRISTOPHER P. O'HARA
CAROL O'ROURKE PENNINGTON
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO

STEVEN C. FARKAS**
THOMAS P. KEANE***
DAMIEN O. MAREE**
PATRICIA L. BOLAND
SABRINA K. BEKIOS +
GLENN A. KREBS ++

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
DAOMINE ZAMILUS

\* ALSO ADMITTED IN NEW JERSEY
\*\* ALSO ADMITTED IN WASHINGTON, D.C.
\*\*\* ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT
+ AWAITING ADMISSION
++ OF COUNSEL

April 11, 2025

**VIA ECF**
Hon. Lee G. Dunst
U.S. District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

  Re: AA Medical, P.C. v. Iron Workers Local 40, 361 & 471 Health Fund
     Case No. 22-v-1249(ENV)(LGD)

Dear Judge Dunst,

  This firm represents Defendant Local 40, 361 & 417 Health Fund ("Defendant") in the above referenced matter. We submit this status letter in response to Your Honor's April 2, 2025 Order.

  Defendant intends to file a motion for summary judgment and is conferring with Plaintiff's counsel regarding a briefing schedule and will submit the briefing schedule by Friday, April 18, 2025. There have been no further settlement discussions between the parties.

  Thank you for your time and attention to this matter.

           Respectfully,

           COLLERAN, O'HARA & MILLS L.L.P.

           By: */s/ Thomas P. Keane*
              THOMAS P. KEANE

3028-0010
cc: Dimitri Terest, Esq. via ECF
   Ryan Milun, Esq. via Email (ryan.milun@milunlaw.com)

100 CROSSWAYS PARK DRIVE WEST · SUITE 200 · WOODBURY, NEW YORK 11797 · T: 516.248.5757 · F: 516.742.1765
WWW.COHMLAW.COM