CHRISTOPHER P. O'HARA
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO
STEVEN G. FARKAS**
PATRICIA L. BOLAND
WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA (1929-2023)
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE (RETIRED)
CAROL O'ROURKE PENNINGTON (RETIRED)

\* ALSO ADMITTED IN NEW JERSEY
\*\* ALSO ADMITTED IN WASHINGTON, D.C.
\*\*\* ALSO ADMITTED IN NEW JERSEY AND CONNECTICUT

**Colleran O'Hara & Mills L.L.P.**

THOMAS P. KEANE***
SABRINA K. BEKIOS+
NICHOLAS A. LYNAUGH
DARSHNIE M. AYBAR ABREU
JADE L. MORRISON*
ELIZABETH J. ALLHUSEN+
GLENN A. KREBS ++

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
DAOMINE R. ZAMILUS
AMANDA SNYDER
RICHARD L. O'HARA IV

\+ AWAITING ADMISSION
\++ OF COUNSEL

April 17, 2025

**VIA ELECTRONIC CASE FILING**

Honorable Sanket J. Bulsara
United States District Court
Eastern District of new York
100 Federal Plaza
Courtroom 930
Central Islip, NY 11722

    Re: AA Medical, P.C. v. Iron Workers Local 40, 361 & 417 Health Fund
       Civil Action No.: 22-CV-01249 (SJB)(LGD)

Dear Judge Bulsara:

  This firm is counsel to Defendant, Iron Workers Local 40, 361 & 417 Health Fund, regarding the above referenced matter.

  As per the Court's Order dated April 14, 2025, the parties agree to and respectfully propose the following briefing schedule:

- Defendant shall serve their Motion for Summary Judgment *via* Overnight Mail on May 9, 2025; and

- Plaintiff shall serve their Opposition papers *via* Overnight Mail on June 6, 2025; and

- Defendant shall serve their Reply papers *via* Overnight Mail on June 27, 2025.

  In compliance with your Honor's Motion rules, each party will upload to the docket a letter confirming the service of their respective motion papers on the above date. Defendant will upload a full set of motion documents on the ECF system on June 27, 2025.

  Thank you for your attention to this matter.

              Very truly yours,

              COLLERAN, O'HARA & MILLS L.L.P.

              By:   */s/ Thoms P. Keane*
                 THOMAS P. KEANE

cc: Ryan Milun, *via* ECF
   Dimitri Teresh *via* ECF
3028-0010