**Colleran & O'Hara & Mills L.L.P.**

CHRISTOPHER P. O'HARA
DENIS A. ENGEL
JOHN S. GROARKE*
MICHAEL D. BOSSO
STEVEN G. FARKAS**
PATRICIA L. BOLAND
WALTER M. COLLERAN (1912-1998)
RICHARD L. O'HARA (1929-2023)
JOHN F. MILLS (1939-2003)
EDWARD J. GROARKE (RETIRED)
CAROL O'ROURKE PENNINGTON (RETIRED)

\* Also Admitted in New Jersey
\*\* Also Admitted in Washington, D.C.
\*\*\* Also Admitted in New Jersey and Connecticut

THOMAS P. KEANE***
SABRINA K. BEKIOS+
NICHOLAS A. LYNAUGH
DARSHNIE M. AYBAR ABREU
JADE I. MORRISON*
ELIZABETH J. ALLHUSEN+
GLENN A. KREBS ++

PARALEGALS
LAURA A. HARRINGTON
KRISTINE M. MURPHY
LILLY PIAZZA
DAOMINE R. ZAMILUS
AMANDA SNYDER
RICHARD L. O'HARA IV

\+ Awaiting Admission
\++ Of Counsel

May 9, 2025

<u>VIA ECF</u>
Dimitri Teresh
The Killian Firm
107 Tindall Road
Tindall Executive Centers
Middletown, NJ 07748

Ryan Milun
THE MILUN LAW FIRM, LLC
Cranford Business Park
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016

    Re:    <u>AA Medical, P.C. v. Iron Workers Local 40, 361 & 417 Health Fund</u>
            <u>Civil Action No.: 22-CV-01249 (SJB)(LGD)</u>

Gentlemen:

    This firm is counsel to Defendant, Iron Workers Local 40, 361 & 417 Health Fund, regarding the above referenced matter.

    As per Judge Bulsara's Motion Bundle Rules, enclosed please find Defendant's Notice of Motion for Summary Judgement, Declaration of Thomas P. Keane, Esq. with exhibits, Affidavit of Brian Sabbagh with exhibits, Rule 56.1 Statement of Undisputed Material Facts and Memorandum of Law in Support of Motion for Summary Judgment.

    Please be aware that a copy of this letter was uploaded to the Court's Electronic Filing System this date.

    Thank you.

    Very truly yours,

    COLLERAN, O'HARA & MILLS L.L.P.

    By:    */s/ Thoms P. Keane*
           THOMAS P. KEANE

3028-0010