UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
AA MEDICAL P.C.,                                   Case No.: 2:22-cv-01249
                            Plaintiff,                                    (SJB)(LGD)

    -against-

                                        **NOTICE OF MOTION**

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,
                            Defendant.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the Defendant's Memorandum of Law in Support of its Motion for Summary Judgment, supporting papers, and all prior papers and proceedings herein, Defendant will move this Court, before the Honorable Sanket J. Bulsara, at the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, on June 23, 2025, for an Order Dismissing Plaintiff's Complaint pursuant Federal Rule of Civil Procedure 56 and for other such relief as the Court may deem just and proper.

Dated: Woodbury, New York
       May 8, 2025

                                          COLLERAN, O'HARA & MILLS L.L.P.

                                          By: _____
                                             THOMAS P. KEANE (TK 4425)
                                           *Attorneys for Defendant*
                                           100 Crossway Park Drive West, Suite 200
                                           Woodbury, New York 11797
                                           (516) 248-5757
                                           tpk@cohmlaw.com

TO:   *VIA UPS OVERNIGHT*
       Dimitri Teresh
       The Killian Firm
       107 Tindall Road
       Tindall Executive Centers
       Middletown, NJ 07748

       Ryan Milun
       THE MILUN LAW FIRM, LLC
       Cranford Business Park
       20 Commerce Drive, Suite 135
       Cranford, New Jersey 07016