UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
AA MEDICAL P.C.

                       Plaintiff,

    -against-

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,

                       Defendant.
---------------------------------------------------------------------X

Case No.: 2:22-cv-01249
         (ENV)(LGD)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NASSAU  )

**Kristine M. Murphy** being duly sworn, deposes and says:

Deponent is not a party to this action, is over eighteen (18) years of age and resides in New Hyde Park New York.

On May 9, 2025, Deponent served the within Defendant's Notice of Motion for Summary Judgement, Declaration of Thomas P. Keane, Esq. with exhibits, Affidavit of Brian Sabbagh with exhibits, Rule 56.1 Statement of Undisputed Material Facts and Memorandum of Law in Support of Motion for Summary Judgment upon the following parties in this action, at the addresses indicated below which addresses have been designated by said parties for that purpose via UPS.

TO:    Dimitri Teresh
         The Killian Firm
         107 Tindall Road
         Tindall Executive Centers
         Middletown, NJ 07748

         Ryan Milun
         THE MILUN LAW FIRM, LLC
         Cranford Business Park
         20 Commerce Drive, Suite 135
         Cranford, New Jersey 07016

_/s/ Kristine M. Murphy_
Kristine M. Murphy

Sworn to before me this
9th day of May 2025

_/s/ Amanda Snyder_
NOTARY PUBLIC

Amanda Snyder
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01SN6420128
Qualified in Nassau County
Commission Expires 08/02/2025