UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AA MEDICAL P.C.　　　　　　　　　　　　　　　　Case No.: 2:22-cv-01249
　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　(ENV)(LGD)

　　-against-

**AFFIDAVIT OF SERVICE**

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,
　　　　　　　　　　　Defendant.
-------------------------------------------------------------------X
STATE OF NEW YORK　　)
　　　　　　　　　　　) ss.:
COUNTY OF NASSAU　　 )

**Amanda Snyder,** being duly sworn, deposes and says:

Deponent is not a party to this action, is over eighteen (18) years of age and resides in Bethpage, New York.

On August 8, 2025, Deponent served the within Defendant's Notice of Motion for Summary Judgment; Defendant's Declaration of Thomas P. Keane, Esq. in Support of Motion for Summary Judgment with Exhibits; Defendant's Affidavit of Brian Sabbagh in Support of Motion for Summary Judgment with Exhibits; Defendant's Memorandum of Law in Support of Motion for Summary Judgment: Defendant's Rule 56.1 Statement of Undisputed Material Facts; Defendant's Affidavit of Service dated May 9, 2025; Plaintiff's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment dated June 27, 2025; Plaintiff's Response to Defendant's Rule 56.1 Statement of Undisputed Material Facts and Counterstatement of Material Facts dated June 27, 2025; Plaintiff's Affirmation of Dimitri Teresh, Esquire in Opposition to Defendants' Motion for Summary Judgement; Defendant's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment dated August 8, 2025; and Defendant's Affidavit of Service dated August 8, 2025 upon the following parties in this action, at the addresses indicated below which addresses have been designated by said parties for that purpose via UPS and Electronic Court Filing.

TO:    Honorable Sanket J. Bulsara
United States District Court
Eastern District of new York
100 Federal Plaza
Courtroom 930
Central Islip, NY 11722

Dimitri Thresh
The Killian Firm
107 Tindall Road
Tindall Executive Centers
Middletown, NJ 07748

Ryan Milun
THE MILUN LAW FIRM, LLC
Cranford Business Park
20 Commerce Drive, Suite 135
Cranford, New Jersey 07016

*Amanda Snyder* (signature)
Amanda Snyder

Sworn to before me this
8th day of August 2025

*Kristine M. Murphy* (signature)
NOTARY PUBLIC

KRISTINE M. MURPHY
Notary Public, State of New York
No. 01MU0038411
Qualified in Nassau County
Commission Expires: June 13, 2029