UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
A.A. MEDICAL P.C.,                                :   Case No.:2:22-cv-01249
                                                  :              (ENV)(LGD)
                                   Plaintiff,     :
            -against-                             :
                                                  :
IRON WORKERS LOCALS 40, 361 & 417                 :
HEALTH FUND,                                      :
                                   Defendant.     :
-----------------------------------------------------------------------X

## CERTIFICATE OF COMPLIANCE

I hereby certify pursuant to Local Rule 7.1 that the foregoing Motion for Summary

Judgment Initial Brief was prepared on a computer using Microsoft Word.

*Type.*  A proportionally spaced type face was used, as follows:

>    Name of typeface:  Times New Roman
>    Point size:  12
>    Line spacing:  Double

*Word Count.*   The total number of words in this brief, inclusive of point headings and

footnotes and exclusive of pages containing the table of contents, table of citations, proof of

service, certificate of compliance, or any authorized addendum containing statutes, rules,

regulations, etc., is    3,683   ; not exceeding the Local Rule 7.1(c) of 8,750 words.

Dated:  August 12, 2025

>            /s/ *Thomas P. Keane*
>    By: THOMAS P. KEANE (TK 4425)
>    Colleran, O'Hara & Mills L.L.P.
>    Attorneys for
>    100 Crossways Park Drive West, Suite 200
>    Woodbury, New York 11797
>    (516) 248-5757
>    tpk@cohmlaw.com