UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

AA MEDICAL, P.C.,

           Plaintiff,

  v.

IRON WORKERS LOCALS 40, 361 & 417 HEALTH FUND,

           Defendant.

---------------------------------------------------------------X

Case No. 2:22-cv-01249-ENV-LGD

**CERTIFICATION OF COMPLIANCE**

I hereby certify pursuant to Local Rule 7.1 that the foregoing Memorandum of Law in Opposition was prepared on a computer using Microsoft Word, using a double spaced 12-point Times New Roman font and at least one-inch margins on all sides.

The total number of words in this brief, inclusive of point headings and footnotes and exclusive of caption, index, table of contents, table of authorities, signature blocks, or any required certificates is 2,786; not exceeding the Local Rule 7.1(c) of 8,750 words. The word count inclusive of all of the above is 2,860 words.

DATED:    August 29, 2025

                                        Respectfully yours,

                                        THE KILLIAN FIRM, P.C.

                                        */s/ Dimitri Teresh*

                                        _____
                                        Dimitri Teresh, Esq.
                                        Attorneys for Plaintiff AA Medical
                                        Tindall Executive Suites
                                        107 Tindall Road
                                        Middletown, New Jersey 07748