**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AA MEDICAL, P.C.,

                Plaintiff,

      - against -

IRON WORKERS LOCAL 40, 361 & 471
HEALTH FUND,

                Defendant.
-----------------------------------------------------------X

**JUDGMENT**
CV 22-1249 (SJB) (LGD)

A Memorandum and Order of Honorable Sanket J. Bulsara, United States District Judge, having been filed on March 26, 2026, granting Defendants Motion for Summary Judgment; dismissing Plaintiffs claim with prejudice, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff AA Medical P.C. take nothing of Defendants, Iron Workers Local 40, 361 & 471 Health Fund; that Defendants Motion for Summary Judgment is granted; that Plaintiffs claim is dismissed with prejudice; and that this case is closed.

Dated: March 27, 2026
       Central Islip, New York

                                 BRENNA B. MAHONEY
                                 CLERK OF COURT

                        BY:    /S/ JAZMIN M. CUBANO
                                 DEPUTY CLERK