UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____X    Case No. 2:22-cv-01249-ENV-LGD

AA MEDICAL,

        Plaintiff,

                                      **AFFIRMATION OF DIMITRI**
                                        **TERESH, ESQUIRE IN**
                                        **OPPOSITION TO**
                                        **DEFENDANT'S MOTION FOR**
                                        **SUMMARY JUDGMENT**

        v.

IRON WORKERS LOCALS 40, 361 & 417
HEALTH FUND,
,

        Defendant.

_____X

        DIMITRI TERESH, ESQ., as an attorney admitted before the Courts in the State of New York hereby affirms under penalties of perjury, as follows:

        1.     I am an attorney with The Killian Firm, P.C., attorneys for the Plaintiff AA Medical, and I am fully familiar with the facts and circumstances of this case based on the file maintained by this office.

        2.     I submit this affirmation in opposition the motion filed by the Defendant Iron Workers Locals 40, 361 & 417 Health Fund (hereinafter "Fund" of "Defendant") for an Order pursuant to CPLR 3212 for summary judgment.

## EXHIBITS

        3.     Attached hereto as **Exhibit A** is a true and accurate copy of the Amended Complaint filed on January 24, 2023.

4.      Attached hereto as **Exhibit B** is a true and accurate copy of the Operative Report dated June 16, 2021.

5.      Attached hereto as **Exhibit C** is a true and accurate copy of the MedReview Report dated June 7, 2021.

6.      Attached hereto as **Exhibit D** is a true and accurate copy of the Declaration of Vendant Vaksha, M.D. which was submitted in support of opposition to defendant's motion to dismiss on August 11, 2022.

7.      Attached hereto as **Exhibit E** is a true and accurate copy of the CMS-1500 Claim Form submitted to Defendant.

8.      Attached hereto as **Exhibit F** is a true and accurate copy of AA Medical's appeal dated September 28, 2021.

9.      Attached hereto as **Exhibit G** is a true and accurate copy of AA Medical's appeal dated December 15, 2021.

10.     Attached hereto as **Exhibit H** is a true and accurate copy of the MedReview Report dated August 23, 2021.

11.     Attached hereto as **Exhibit I** is a true and accurate copy of excerpts from the Summary Plan Description and Plan Document.

DATED:

Respectfully yours,

THE KILLIAN FIRM, P.C.

_____
Dimitri Teresh, Esquire
Attorneys for Plaintiff AA Medical
Tindall Executive Suites
107 Tindall Road
Middletown, New Jersey 07748