# EXHIBIT H

# NYCHSRO/MedReview

*Clinical Review Report Prepared For:*    **Ironworkers Health and Welfare Fund**

| | | | |
|---|---|---|---|
| *Mbr / DOB / Age:* | Brian  Sidote 4/16/87  [ 34 ] | | |
| *ID # / Gender:* | MID0024054  M | *First/Last Svc Dates:* | |
| *Referral Date:* | August 19, 2021 | *CRS Reference #:* | 203926 |
| *Review Date:* | August 23, 2021 | *Reviewer(s):* | David Lessing, M.D. |
| *Claim #:* | | | Orthopedic Surgery |
| *Case / Auth #:* | | | [-], |
| *LOB / Group ID:* | | | |
| *Case Type:* | Medical Necessity | | |
| *Determination:* | Partly Certified [Partly Approved] | | |

## IRO CONSULTANT RESPONSE

*Review Issue(s) /Questions:*

1.     Medical necessity: Is the procedure coded under CPT 29879 medically necessary? Please reference established criteria or guidelines or practice norms and provide relevant references. (Note: You already reviewed CPT 29883 and 29888 under a prior review. These procedures do not need to be reevaluated.)

2.     Were all billed procedures actually performed? Please reconcile the two bills with the operative reports.

3.     Coding: Are the submitted CPT codes an accurate coding for this treatment? If additional or different coding is indicated, please provide those appropriate codes as well.

Submitted CPT Codes:
Session #1 (6/16/21): 29883; 29879
Session #2 (7/15/21): 29888

4.     For this procedure, the surgeon was assisted by two surgical assistants. Was it medically necessary to use two surgical assistants for this procedure?

*Materials Reviewed:*

1. I have reviewed my previous report to you dated 06/07/21.

2. From 01/01/21 through 06/04/21 I have reviewed office notes from Complete Orthopedics, Dr. Vaksha. These were previously reported in my 06/07/21 report.

3. On 06/16/21 Dr. Vaksha submits an operative report describing medial and lateral meniscal repairs

# NYCHSRO/MedReview

*Clinical Review Report Prepared For:* **Ironworkers Health and Welfare Fund**

with the microfracture chondroplasty being performed. The tourniquet time was listed as 127 minutes. The operative report lists two surgical assistants.

4. On 06/16/21 a HCFA billing form is submitted with CPT codes 29883 and 29879.

From 01/01/21 through 07/12/21 Complete Orthopedics, Dr. Vaksha, provides office notes. These notes include postoperative care from the surgical procedure of 06/16/21 as well as an operative report describing the ACL reconstruction of 07/15/21.

On 07/15/21 Dr. Vaksha provides an operative report describing and ACL reconstruction using a graft with two assistants.

On 07/15/21 a HCFA billing form is submitted with CPT code 29888.

## *Response to Review Questions:*

1. The operative report describes performing a microfracture chondroplasty representing CPT code 29879. The operative report does not describe any lesion in the knee that would require a microfracture chondroplasty. Furthermore, the MRI study from 06/02/21 did not identify an articular cartilage lesion in the left knee. Therefore, the supplied records do not support performing a microfracture chondroplasty of the left knee.

2. According to the operative reports, the billed procedures were performed on the dates that match the HCFA forms. As noted above, the microfracture chondroplasty (CPT 29879) is not supported by the available records.

3. The submitted CPT codes are accurate coding for the procedures described in their respective operative reports.

4. It is not typical for the procedures performed on 06/16/21 or 07/15/21 to require two operative assistants. One operative assistant is customary, usual, and reasonable. The operative reports from 06/16/21 do not describe conditions that would require a second assistant.

The operative report from 07/15/21 does not describe conditions that would require a second assistant. Even the preparation of the ACL graft from the 07/15/21 procedure was performed by Dr. Vaksha and one assistant. The operative report is specific in this area and does not indicate that two assistants prepared the graft while Dr. Vaksha performed another portion of the procedure simultaneously.

## *Clinical Synopsis and Rationale:*

In summary, the submitted medicals describe medial and lateral meniscal repair with a microfracture chondroplasty on 06/16/21. The operative reports describe meniscal pathology that justifies the repair procedures performed. The operative report from that date does not describe a cartilage lesion requiring a microfracture chondroplasty. The microfracture chondroplasty (CPT 29879) is not supported by the records and is not medically necessary.

# NYCHSRO/MedReview

## Clinical Review Report Prepared For:    Ironworkers Health and Welfare Fund

The operative report from 07/15/21 describes an anterior cruciate reconstruction which is properly billed with CPT code 29888.

Both operative reports describe the use of two surgical assistants which is not the standard of care and the operative reports do not describe exceptional situations that would support a deviation from that standard.

### Recommendation:

My recommendation is that CPT code 29879 not be certified as medically necessary, and that the other billed procedures be accepted with one surgical assistant.

### References:

Milliman Guidelines RRG: S-705-RRG (ISC) were used in preparation of this report.

### Conflict of Interest Attestation:

**I hereby attest** that I have examined the materials provided to me and that I have no conflict of interest (as defined above or otherwise) regarding:
· the referring entity
· the health benefit plan / insurer or any officer, administrator, fiduciary, director or employee of same
· the patient / consumer / covered person or that person's authorized representative (if the representative's identity is known)
· the requesting provider, provider's group or IPA or any other healthcare provider previously involved in the case
· the facility at which the recommended treatment would be provided
· the developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the patient

**I further attest** that I will not accept compensation for external review activities that are dependent on any way on the specific outcome of the case nor is my decision in any way based on consideration of race, religion, national origin, gender nor on the basis of any other non-clinical personal factor and that I do not have any history of involvement with this case or episode of care prior to its referral to me on this occasion.

### Reviewer Name:

David Lessing, M.D.

### Board Certification:

Orthopedic Surgery

# EXHIBIT I

Case 2:22-cv-01249-SJB-LGD   Document 84-2   Filed 03/31/26   Page 6 of 23 PageID #: 1023

CORRESPONDENCE - BILLING for SIDOTE, BRIAN 04/16/1987 (37yo M) #21992

IRON WORKERS LOCALS 40, 361 AND 417

HEALTH AND VACATION FUND

SUMMARY PLAN DESCRIPTION

AND

PLAN DOCUMENT

JANUARY 1, 2022

## HEALTH BENEFITS

Your Health Benefits are divided into two parts: Hospital and Medical Benefits. Your comprehensive medical benefits include physician and other provider healthcare, outpatient laboratory and x-ray, and other medical services and supplies. These benefits are administered by the Fund Office and are described in the section following the hospital benefits. Your hospital benefits include inpatient hospital and outpatient facility charges. These benefits are administered by Empire Blue Cross Blue Shield (Empire). Following is a brief overview of the medical and hospital benefits.

### SUMMARY OF MEDICAL AND HOSPITAL BENEFITS

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| **Coinsurance** | | |
| *Major Medical Benefits* | You pay 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| *Hospital Benefits* | You pay 10% of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| **Copayment (emergency)** | | |
| *Major Medical Benefits (Professional)* | $15 copayment | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| *Hospital Benefits (Facility)* | $50 per visit (waived if admitted to hospital within 24 hours) | |
| **Copayment** | | |
| *Major Medical Benefits (Professional)* | $15 copayment | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| *Hospital Benefits (Hospital Inpatient/Facility)* | $250 copayment per admission. Up to $625 maximum per family per year. Co-payment is not applied if you are readmitted into the hospital within 90 days of discharge. The copayment is not applied for "routine nursery care", but is applied for "Maternity Care" or "Birthing Center". | |
| **Annual Deductible** | | |
| *Major Medical Benefits* | Not Applicable | $500 individual, $1,000 combined family |
| *Hospital Benefits* | Not Applicable | |
| **Annual Out-of-Pocket Coinsurance Maximum** | | |
| *Major Medical Benefits* | Up to $500 maximum out-of-pocket coinsurance per individual, per | $5,000 maximum per individual, per calendar year, after deductible. |

42

Case 2:22-cv-01249-SJB-LGD    Document 84-2    Filed 03/31/26    Page 8 of 23 PageID #: 1025

| Benefit | In-Network | Out-of-Network |
|---------|-----------|----------------|
| | calendar year, not including surgery, anesthesia, MRI, PET scans | |
| *Hospital Benefits* | Up to $1,500 maximum out-of-pocket coinsurance per individual, per calendar year | Not applicable |

43

Case 2:22-cv-01249-SJB-LGD    Document 84-2    Filed 03/31/26    Page 9 of 23 PageID #: 1026

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| *Hospital Benefits (Outpatient Facility)* | You pay 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| **Substance Abuse Disorder** (Inpatient) *Major Medical Benefits (Professional Fees)* | You pay 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible. |
| *Hospital Benefits (Other Outpatient/Facility Fees)* | $250 copayment per admission, then 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | $250 copayment per admission, then You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| **Substance Abuse Disorder** (Outpatient) *Major Medical Benefits(Office Visits/Professional Fees)* | You pay $15 copayment then 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible. |
| *Hospital Benefits (Other Outpatient/Facility Fees)* | You pay 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible. |
| **Surgery and Anesthesia (Professional Fees)** *Major Medical Benefits* | You pay $15 copayment then 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| *Hospital Benefits* | Not Applicable | |
| **Physical, Occupational, Speech, and Vision Therapy and Rehabilitation** (Inpatient - Up to 30 days of inpatient service per calendar year) *Major Medical Benefits* | Not Applicable | |
| *Hospital Benefits* | $250 copayment per admission, then 10% coinsurance of allowed amount after applicable inpatient copayment. Plan pays 90% of allowed amount. | $250 copayment per admission, then You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| **Physical, Occupational, Speech, and Vision Therapy and Rehabilitation** (Outpatient) *Major Medical Benefits (Office Visits/Professional Fees)* | You pay $15 copayment then 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |

48

| Benefit | In-Network | Out-of-Network |
|---|---|---|
| *Hospital Benefits (Outpatient Facility)* | Not Applicable | |
| **Preventive Care** | | |
| *Major Medical Benefits* | You pay $15 copayment then 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| *Hospital Benefits* | Not Applicable | Not Applicable |
| **Outpatient (Same Day/Ambulatory) Services** | | |
| Anesthesia and Oxygen; Blood Work for Emergency Care or Ambulatory Surgery; Same Day (Outpatient/Ambulatory) Surgery | | |
| *Major Medical Benefits (Professional/Surgeon Fees)* | You pay 10% of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| *Hospital Benefits (Facility Fees)* | You pay 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible (No copayment required.) |
| **Skilled Nursing Facility** | | |
| Up to 60 days per calendar year | | |
| *Major Medical Benefits* | Not Applicable | |
| *Hospital Benefits* | $250 copayment per admission, then 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. (No copayment required.) | $250 copayment per admission, then You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible (No copayment required.) |
| **Hospice Care** | | |
| Up to 210 days per lifetime | | |
| *Major Medical Benefits* | Not Applicable | |
| *Hospital Benefits* | You pay 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. (No copayment required.) | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible (No copayment required.) |
| **Well Woman Care** | | |
| (available only in outpatient department of hospital) Pap smears | | |
| *Major Medical Benefits* | You pay 10% coinsurance of allowed amount. Plan pays 90% of allowed amount. | You pay 40% coinsurance of allowed amount after the deductible and any amount above allowed amount. Plan pays 60% allowed amount after deductible |
| *Hospital Benefits* | No Charge | |

49

# COMPREHENSIVE MEDICAL PLAN

The Comprehensive Medical Plan is administered by the Fund Office. It is designed to cover medical expenses that are a result of non-occupational accidental bodily injuries or diseases.

**In-Network MagnaCare Medical Benefits**

You are always free to see any doctor you choose. However, the Plan has contracted with MagnaCare to provide you with the option of In-Network benefits at a lower cost to you and your family. In-Network providers have agreements with MagnaCare in which they provide health care services and supplies for a favorable negotiated fee applicable only to Plan participants. When you and/or your Dependents use the services of an In-Network provider, you are responsible for paying only the applicable Coinsurance or Copayment for any Medically Necessary services. There is no deductible to meet and your out-of-pocket costs are generally lower.

The Copayment for In-Network office visits, specialist consultations or radiology is $15 per visit. The Coinsurance amount when you use In-Network providers is 10% but no more than $500 per person per calendar year. The Plan will pay 90% of the allowed amount for in-network services and supplies. Once your out-of-pocket expenses total $500 during one calendar year, the Plan pays 100% of the allowed amount after copay, if applicable, for in-network services excluding surgery, MRIs, anesthesia, and PET scans.

For a listing of MagnaCare participating providers and a listing of the medical and surgical services provided by these providers, please visit the Magnacare or Magnacare Firsthealth websites aforementioned in this booklet. If you live in a state other than New York, New Jersey, or Connecticut, Magnacare is not available to you. For members outside of the tri-state area, you will receive a Magnacare Card with a First Health designation. Outside of New York, New Jersey, or Connecticut you may use the First Health network of providers in your home state only.

**Out-Of-Network Medical Benefits**

You may continue to see any doctor you choose, however quite some time ago the Plan contracted with MagnaCare to provide you with the option of in-network benefits at a lower cost to you.

If you receive services from doctors that are NOT in the MagnaCare medical networks, you are responsible for the out of network service as follows:

You must meet deductibles of $500 per individual or $1,000 per family, before the Plan begins to pay for your Covered Medical Expenses each calendar year.

If you use an out of network provider, the Plan will pay 60% of the Plan's **allowed amount** charges of your Covered Medical Expenses after you have met your deductible. You will be responsible for paying 40% of the charges and any amount above the Plan allowed amount.

Once you have incurred charges of up to $5,000 and paid 40% coinsurance of that $5,000 in addition to your deductible, the Plan will pay the rest of your covered expenses at 100% of the Plan's Scheduled Allowed charges for the remainder of the calendar year.

**If you choose doctors that are IN the MagnaCare network, you and your family DO NOT have to meet a deductible; however, you are responsible for the applicable co-pays and co-insurance.**

CORRESPONDENCE - BILLING for SIDOTE, BRIAN 04/16/1987 (37yo M) #21992

*Here is an example of how the Out-Of-Network Comprehensive Medical Plan works for an individual participant:*

($500 deductible and 60% co-insurance)

Charges incurred during period February 1 to April 1.

Covered Medical Expenses:

| | |
|---|---|
| Medical | $3,000 |
| Registered nurse | +$1,000 |
| Total | $4,000 |
| Less deductible that the participant pays | -$500 |
| Equals a difference of | $3,500 |
| Plan pays 60% of $3,500 which equals | $2,100 |
| Participant pays 40% of $3,500 in out of pocket costs, which equals | $1,400 |

Later in the year, the participant incurs a bill of $3,000 for additional medical expenses. The participant would have been responsible for 40% of this new $3,000 bill ($1,200), however the participant's out-of-pocket maximum for medical expenses is $2,000. Therefore, because he has already paid $1,400 out of pocket this year, he only needs to pay an additional $600 (for a total of $2,000 out of pocket expenses) and the Plan will cover the balance at 100% of the allowable amount. The Plan will then pay 100% of the allowable amount of his covered expenses for the rest of the year.

**Covered Medical Expenses**

Covered Medical Expenses included under the Plan are the charges that you are required to pay for the following services and supplies received, while you are covered, for the treatment of non-occupational accidental bodily injuries and diseases.

The Comprehensive Medical Plan includes the following services rendered to you or your eligible Dependents by a legally qualified physician of your choice after you have met the applicable deductibles and copayments.

You are not required to pre-certify benefits under the Plan. However, if your physician recommends surgery or another course of treatment you wish to have reviewed, you may contact the Fund to provide you with an estimate of benefits under the Plan. This will give you a change to know before you have the surgery or treatment whether or not the recommended surgery or treatment meets the Plans definition of medical necessity or is otherwise excluded or limited  Please be advised that although the Plan offers this service, such inquiries do not constitute a claim under the terms of the Plan.

**Member's Assistance Program**

The purpose of the Member's Assistance Program (MAP) is to provide prompt attention from an individual trained in the area in which you need assistance. It is designed to provide assistance to participants and their Dependents who have problems with alcoholism or drug dependency. Participants and their families should rest assured that this assistance is provided with complete confidentiality. The Fund recognizes that these illnesses may affect a person's ability to function both on and off the job, but that timely and proper treatment by trained personnel can prevent more serious problems from developing. Participants or their Dependents who suffer from these problems, or who recognize a family member who does, can seek assistance by contacting the Coordinator of the MAP Mr. Jim Duffley at (212) 679-1513.  The Coordinator will help to refer you to an appropriate provider or institution where care can be provided.

77

## DEFINITIONS

The following are definitions of specific terms and words used in this document or that would be helpful in understanding covered or excluded healthcare services. These definitions do not, and should not be interpreted to, extend coverage under the Plan.

**Allowed Amount/Allowed Charge/Allowed Amount/Allowable Charge/Scheduled Allowance for Medical and Dental Benefits:** means the amount this Plan allows as payment for eligible medically necessary covered services or supplies. The Allowed Charge amount is determined by the Plan Administrator or its designee to be the lowest of:

1.  With respect to a Network provider, Allowed Charge amount means the negotiated fee/rate set forth in the agreement between the participating network Health Care or Dental Care Provider/facility and the network or the Plan; or

2.  With respect to a Non-Network provider, Allowed Charge amount means [the schedule that lists the dollar amounts the Plan has determined it will allow] [150% of the amount Medicare would have allowed] for eligible medically necessary covered services or supplies performed by Non-Network providers.

3.  For a network Health Care Provider/facility whose network contract stipulates that they do not have to accept the network negotiated fee/rate for claims involving a third party payer, including but not limited to auto insurance, workers' compensation or other individual insurance, or where this Plan may be a secondary payer, the Allowed Charge amount under this Plan is the negotiated fee/rate that would have been payable by the Plan had the claim been processed as a network claim; or

4.  The negotiated discounted amount that a non-network provider agreed to, reducing the provider's original billed charges to a lower, discounted amount; or

5.  The Health Care or Dental Care Provider's/facility's actual billed charge.

The Plan will not always pay benefits equal to or based on the provider's actual charge for health care services or supplies, even after you have paid the applicable deductible, copay and/or coinsurance. This is because the Plan covers only the "Allowed Charge" amount for health care services or supplies. This difference (or balance) between the Plan's Allowed Charges and what the provider actually charged (the billed charges) is commonly referred to as "balance billing". Amounts associated with balance billing are not covered by this Plan, even if the Plan's out-of-pocket limit is reached. Out-of-Network Health Care Providers commonly engage in balance billing. Typically, Network providers do not balance bill except in situations of third party liability claims. Generally, you can avoid balance billing by using Network providers.

The Plan's Allowed Charge amount list is not based on or intended to be reflective of fees that are or may be described as usual and customary (U&C), reasonable and customary (R&C), usual, customary and reasonable charge (UCR), prevailing or any similar term. The Plan reserves the right to have the billed amount of a claim reviewed by an independent medical review firm/provider to assist in determining the amount the Plan will allow for the submitted claim.

Any amount in excess of the "Allowed Charge" amount does not count toward the Plan's annual out-of-pocket limt. Participants are responsible for amounts that exceed "Allowed Charge" amounts by this Plan.

The Plan reserves the right to negotiate with a non-network provider to reduce their billed charges to a lower, discounted amount. Such negotiation may be performed by the Plan Administrator or its designee. A designee may include, but is not limited to, a utilization management company, claims administrator/PPO, attorney, stop loss

117

CORRESPONDENCE - BILLING for SIDOTE, BRIAN 04/16/1987 (37yo M) #21992

carrier, medical claim repricing firm, discount negotiation firm or wrap/secondary network. This negotiated discounted amount will become the "Allowed Charge" amount upon which the Plan will base its payment for covered services for the non-network provider considering the plan's cost-sharing provisions, network/non-network plan design, and any special reimbursement provisions adopted by the Plan.

**Anesthesia:** The condition produced by the administration of specific agents (anesthetics) to render the patient unconscious and without conscious pain response (general anesthesia), or to achieve the loss of conscious pain response and/or sensation in a specific location or area of the body (local anesthesia). Anesthetics are commonly administered by injection or inhalation.

**Mental Health Disorders:** Disorders, conditions and diseases as defined within the mental disorders section of the current edition of the International Classification of Diseases (ICD-9-CM) manual, which includes, among other things, autism, depression, schizophrenia, and Substance Abuse. Certain Mental Health Disorders, conditions and diseases are specifically excluded from coverage in the Exclusions chapter of this document. See also the definition of Substance Abuse.

**Calendar Year:** The 12-month period beginning January 1 and ending December 31. All annual Deductibles and Annual Maximum Plan Benefits are determined during the calendar year

**Chiropractor:** A person who:

1.     Holds the degree of Doctor of Chiropractic (DC); and

2.     Is legally licensed and authorized to practice the detection and correction, by mechanical means, of the interference with nerve transmissions and expressions resulting from distortion, misalignment or dislocation of the spinal column (vertebrae); and

3.     Acts within the scope of his or her license; and

4.     Is not the patient or the parent, spouse, sibling (by birth or marriage) or child of the patient.

**Coinsurance:** That portion of Eligible Medical and Dental Expenses for which the covered employee has financial responsibility. In most instances, you are responsible for paying a percentage of covered medical expenses in excess of the Plan's deductible, but in some instances, you are responsible for paying a higher percentage of those expenses, and in other instances, no coinsurance applies.

**Convalescent Care Facility:** See the definition of **Skilled Nursing Facility**.

**Coordination of Benefits (COB):** The rules and procedures applicable to determination of how Plan Benefits are payable when a person is covered by two or more employer-sponsored health care plans.

**Copayment, Copay:** The set dollar amount you are responsible for paying when you incur an Eligible Medical or Dental Expense for certain services, generally those provided by network Health Care Practitioners, Hospitals (or emergency rooms of Hospitals). Or Specialized Health Care Facilities.

**Covered Individual:** Any employee, member, and/or retiree, and that person's Spouse or Child who is enrolled for coverage under the Plan and is actually covered by the Plan.

**Covered Medical and/or Dental Expenses:** See the definition of **Eligible Medical and/or Dental Expenses**.

**Custodial Care:** Care and services (including room and board needed to provide that care or services) given mainly for personal hygiene or to perform the activities of daily living. Custodial Care can be given safely and adequately

118

(in terms of generally accepted medical standards) by people who are not trained or licensed medical or nursing personnel. Some examples of Custodial Care are training or helping patients to get in and out of bed, as well as help with bathing, dressing, feeding or eating, use of the toilet, ambulating, or taking drugs or medicines that can be self-administered. These services are Custodial Care regardless of where the care is given or who recommends, provides, or directs the care.

**Deductible**: The amount of Eligible Medical Expenses you are responsible for paying before the Plan begins to pay Benefits.

1.      Individual Deductible: The amount one covered person must pay before the Plan begins to pay Benefits for that person.

2.      Family Deductible: The amount that all covered family members must pay before the Plan begins to pay Benefits for the family members.

The Deductible applies only once in any calendar year even though there may have been several different injuries or diseases. If part or all of the deductible is satisfied during the last three months of any calendar year (October, November, December), any expenses incurred during the next calendar year will be reduced by this amount instead of the full deductible being applied.

**Dental**: Dental services and supplies are not covered under the medical expense coverage of the Plan unless the Plan specifically indicates otherwise. As used in this document Dental refers to any services performed by or under the supervision of a Dentist, or supplies, including Dental Prosthetics, (but not including prescription drugs), prescribed by a Dentist, even if the services or supplies are necessary because of symptoms, illness or injury affecting another part of the body. Dental services include treatment to alter, correct, fix, improve, remove, replace, reposition, restore or treat:

- Teeth;

- The gums and tissues around the teeth;

- The parts of the upper or lower jaws that contain the teeth (the alveolar, processes and ridges);

- The jaw, any jaw implant, or the joint of the jaw (the temporomandibular joint);

- Bite alignment, or the meeting of upper or lower teeth, or the chewing muscles; and/or

- Teeth, gums, jaw or chewing muscles because of pain, injury, decay, malformation, disease or infection.

**Dentist**: A person holding the degree of Doctor of Dental Surgery (DDS) or Doctor of Dental Medicine (DMD) who:

1.      Is legally licensed and authorized to practice dentistry in all its branches under the laws of the state or jurisdiction where the services are rendered; **and**

2.      Acts within the scope of his or her license; **and**

3.      Is not the patient or the parent, spouse, sibling (by birth or marriage) or child of the patient.

**Dependent**: See "Dependent Eligibility" section for a definition of Dependent.

119

CORRESPONDENCE - BILLING for SIDOTE, BRIAN 04/16/1987 (37 yo M) #21992

**Disability or Disabled (Physically or Mentally):** The inability of a person to be self-sufficient as the result of a condition such as mental retardation, cerebral palsy, epilepsy or another neurological disorder, psychosis, or is otherwise Totally Disabled, provided the condition was diagnosed by a Physician, and accepted by the Plan Administrator or its designee, as a permanent and continuing condition. See the definition of **Totally Disabled**.

**Durable Medical Equipment:** Equipment that:

1.    Can withstand repeated use; and

2.    Is primarily and customarily used for a medical purpose and is not generally useful in the absence of an injury or illness; and

3.    Is not disposable or non-durable.

Durable Medical Equipment includes, but is not limited to, apnea monitors, blood sugar monitors, commodes, electric hospital beds (with safety rails) electric and manual wheelchairs, nebulizers, oximeters, oxygen and supplies, and ventilators. See also the definitions of **Orthotic Appliance (or Device) and Prosthetic Appliance (or Device)**.

**Elective Hospital Admission, Service or Procedure:** Any non-emergency Hospital admission, service or procedure that can be scheduled or performed at the patient's or Physicians convenience without jeopardizing the patient's life or causing serious impairment of body function.

**Eligible Medical and/or Dental Expenses:** Expenses for medical and/or dental services or supplies, but only to the extent that:

1.    They are Medically Necessary, as defined in this Definitions chapter of the document; **and**

2.    The charges for them are within the Plan's scheduled allowance as defined in this Definitions chapter of the document; **and**

3.    Coverage for the services or supplies is not excluded, as provided in the Exclusions and Dental chapters of this document; **and**

4.    The General Overall, Limited Overall, Annual Maximum and/or Maximum Benefit for those services or supplies has not been reached.

**Emergency (Dental):** A sudden unexpected onset of a dental condition that manifests itself by such acute symptoms of sufficient severity that urgent and immediate dental attention is required to provide relief from pain and prevent serious impairment of dental functions or lead to serious and/or permanent impairment or dysfunction of another body organ or part, or because the patient's life may be threatened.

**Emergency (Medical):** A sudden unexpected onset of a medical condition, not normally treatable in a Physician's office, that manifests itself by such acute symptoms of sufficient severity that urgent and immediate medical attention is required without regard to the time of day or night either to prevent serious impairment of body functions or serious and/or permanent impairment or dysfunction of any body organ or part, or because the patient's life is threatened.

**Emergency Hospitalization or Confinement:** A Hospital admission that takes place within 24 hours of the sudden and unexpected severe symptom of an illness or within 24 hours of an accidental injury causing a life-threatening situation.

120

**Emergency Surgery**: A surgical procedure performed within 24 hours of the sudden and unexpected severe symptom of an illness or within 24 hours of an accidental injury causing a life-threatening situation.

**Exclusions**: Specific conditions, circumstances, and limitations, as set forth in the Exclusions, Dental, and Short-Term Disability Benefits Coverage chapters of this document, for which the Plan does not provide Plan Benefits.

**Extended Care Facility**: See the definition of Skilled Nursing Facility.

**Experimental and/or Investigational**: The Plan Administrator or its designee has the discretion and authority to determine if a service or supply is or should be classified as Experimental and/or Investigational. A service or supply will be deemed to be Experimental and/or Investigational if, in the opinion of the Plan Administrator or its designee, **based on the information and resources available at the time the service was performed or the supply was provided, or the service or supply was considered for Precertification under the Plan's Utilization Management program any of the following conditions were present with respect to one or more essential provisions of the service or supply:**

1.      The service or supply is described as an alternative to more conventional therapies in the protocols or consent document of the Health Care Provider that performs the service or prescribes the supply;

2.      The prescribed service or supply may be given only with the approval of an Institutional Review Board as defined by federal law.

**Gene Therapy**: Gene therapy typically involves replacing a gene that causes a medical problem with one that does not, adding genes to help the body fight or treat disease, or inactivating genes that cause medical problems. The Plan does not cover any charges related to gene therapy, whether or not those therapies have received approval from the U.S. Food and Drug Administration (FDA) or are considered experimental or investigational. Illustrative examples of gene therapy include Chimeric Antigen Receptor T-Cell (CAR-T) Therapies such as Kymriah and Yescarta, as well and Luxturna and Zolgensma, but new applications for gene therapies are submitted every year.

**Health Care Practitioner**: A Physician, licensed psychologist (PhD), mental health or substance abuse counselor or social worker who has a Master's degree), licensed clinical social worker, certified registered nurse anesthetist(CRNA), Chiropractor, Dental Hygienist, Dentist, Nurse Practitioner, <u>Licensed Midwife, Certified Nurse Midwife</u>, Physician Assistant (PA), Podiatrist, or Occupational, Physical, Respiratory or Speech Therapist or Speech Pathologist, Acupuncturist (who is either a licensed physician, licensed chiropractor, licensed acupuncturist, or an acupuncturist certified by the National Certification Commission for Acupuncture and Oriental Medicine (NCCAOM)), Master's prepared Audiologist, Optometrist, Optician for vision plan benefits, who:

1.      Is legally licensed and/or legally authorized to practice or provide certain health care services under the laws of the state or jurisdiction where the services are rendered; and

2.      Acts within the scope of his or her license and/or scope of practice; and

3.      Is not the patient or the parent, spouse, sibling (by birth or marriage), aunt/uncle or child of the patient or covered Employee.

**Home Health Care**: Intermittent Skilled Nursing Care services provided by a licensed Home Heath Care Agency as defined below.

**Home Health Care Agency**: An agency licensed or certified and operating according to law that meets all of the following requirements:

121

1. It primarily provides skilled nursing and other therapeutic services under the supervision of Physicians or Registered Nurses; **and**

2. It is run according to rules established by a group of professional medical providers including Physicians and Registered Nurses: **and**

3. It maintains clinical records on all patients: **and**

4. It is licensed by the jurisdiction where it is located if licensure is required, and operates according to the laws of that jurisdiction pertaining to agencies providing Home Health Care; **and**

5. It is certified by Medicare.

**Hospice:** A facility or organization licensed and operating according to law and certified by Medicare that administers a program of palliative and supportive health care services providing physical, psychological, social and spiritual care for terminally ill persons assessed to have a life expectancy of 6 months or less. Hospice care is intended to let the terminally ill spend their last days with their families at home or in a home-like setting, with emphasis on keeping the patient as comfortable and free from pain as possible, and providing emotional support to the patient and his or her family.

**Hospital:** A public or private facility or institution, other than one owned by the U.S. Government, licensed and operating according to law, that is accredited by the Joint Commission on Accreditation of Hospitals and Healthcare Organizations (JCAHHO) and that provides care and treatment by Physicians and Nurses on a 24-hour basis for illness or injury through the medical, surgical and diagnostic facilities on its premises. A Hospital may include facilities for mental, nervous and/or substance abuse treatment that are licensed and operated according to law. Any portion of a Hospital used as a Skilled Nursing Facility or residential treatment facility or place for rest, Custodial Care, or the aged will not be regarded as a Hospital for any purpose related to this Plan.

**Illness:** Any bodily sickness or disease, including any congenital abnormality of a newborn child, as diagnosed by a Physician and as compared to the person's previous condition. Pregnancy of a covered employee or covered Spouse will be considered to be an Illness only for the purpose of coverage under this Plan. However, infertility is not an Illness for the purpose of coverage under this Plan.

**In-Network Services:** Services provided by a Health Care Provider that is a member of the MagnaCare or Metrodent Network, as distinguished from Out-of-Network Services that are provided by a Health Care Provider that is not a member of the MagnaCare or Metrodent Network.

**Medically Necessary:**

1. A medical or dental service or supply will be determined to be **"Medically Necessary"** by the Plan Administrator or its designee if it:

   a. Is provided by or under the direction of a Physician or other duly licensed Health Care Practitioner who is authorized to provide or prescribe it or a Dentist if a dental service or supply is involved; **and**

   b. Is determined by the Plan Administrator or its designee to be necessary in terms of generally accepted American medical and dental standards; **and**

   c. Is determined by the Plan Administrator or its designee to meet all of the following requirements:

122

       i.      It is consistent with the symptoms or diagnosis and treatment of an illness or injury; **and**

       ii.     It is not provided solely for the convenience of the patient, Physician, Dentist, Hospital, Health Care Provider, or Health Care Facility; **and**

       iii.    It is an "Appropriate" service or supply given the patient's circumstances and condition; **and**

       iv.    It is a "Cost-Efficient" supply or level of service that can be safely provided to the patient; and

       v.     It is safe and effective for the illness or injury for which it is used.

2.    A medical or dental service or supply will be considered to be **"Appropriate"** if

      a.     It is a diagnostic procedure that is called for by the health status of the patient, and is as likely to result in information that could affect the course of treatment as; **and**

      b.     No more likely to produce a negative outcome than any alternative service or supply, both with respect to the illness or injury involved and the patient's overall health condition.

      c.     It is care or treatment that is: as likely to produce a significant positive outcome as; and no more likely to produce a negative outcome than any alternative service or supply, both with respect to the illness or injury involved and the patient's overall health condition.

3.    A medical or dental service or supply will be considered to be **"Cost Effective"** if it is no more costly than any alternative Appropriate service or supply when considered in relation to all health care expenses incurred in connection with the service or supply.

4.    The fact that your Physician or Dentist may provide, order, recommend or approve a service or supply does not mean that the service or supply will be considered to be Medically Necessary for the medical or dental coverage provided by the Plan.

5.    A Hospitalization or confinement to a Specialized Health Care Facility will not be considered to be Medically Necessary if the patient's illness or injury could safely and Appropriately be diagnosed or treated while not confined.

6.    A medical or dental service or supply that can safely and Appropriately be furnished in a Physician's or Dentist's office or other less costly facility will not be considered to be Medically Necessary if it is furnished in a Hospital or Specialized Health Care Facility or other more costly facility.

7.    The non-availability of a bed in another Specialized Health Care Facility, or the non-availability of a Health Care Practitioner to provide medical services will not result in a determination that continued confinement in a Hospital or other Specialized Health Care Facility is Medically Necessary.

8.    A medical or dental service or supply will not be considered to be Medically Necessary if it does not require the technical skills of a Health Care Practitioner or if it is furnished mainly for the personal comfort or convenience of the patient, the patient's family, any person who cares for the patient, any Health Care Practitioner, or any Hospital or Specialized Health Care Facility.

**Medicare:** The Health Insurance for the Aged and Disabled provisions in Title XVIII of the U.S. Social Security Act as it is now amended and as it may be amended in the future.

123

CORRESPONDENCE - BILLING for SIDOTE, BRIAN 04/16/1987 (37yo M) #21992

**Mental Disorder; Mental and Nervous Disorder:** See the definition of Mental Health Disorder.

**Nurse:** A person legally licensed as a Registered Nurse (RN), Certified Registered Nurse Anesthetist (CRNA), Certified Nurse Midwife or licensed Midwife, Nurse Practitioner, Licensed Practical Nurse (LPN), Licensed Vocational Nurse (LVN), Psychiatric Mental Health Nurse, or any equivalent designation, under the laws of the state or jurisdiction where the services are rendered, who:

1.      Acts within the scope of his or her license; and

2.      Is not the patient or the parent, spouse, sibling (by birth or marriage) or child of the patient.

**Orthotic Appliance (or Device):** A type of Corrective Appliance or device, either customized or available "over-the-counter," designed to support a weakened body part, including, but not limited to, crutches, specially designed corsets, leg braces, extremity splints, and walkers. For the purposes of the Medical Plan, this definition does not include Dental Orthotics.

**Out-of-Pocket Maximum:** The maximum amount of Coinsurance each covered person or family is responsible for paying during a Calendar Year before the Coinsurance required by the Plan ceases to apply. When the Out-of-Pocket Maximum is reached, the Plan will pay 100% of any additional Covered Expenses for the remainder of the Calendar Year. The Plan's Deductible, and any expenses for medical services or supplies that are not covered by the Plan, and all charges in excess of the scheduled allowance as determined by the Plan Administrator or its designee do not count toward the Out-of-Pocket Maximum.

**Outpatient Services:** Services provided either outside of a Hospital or Specialized Health Care Facility setting or at a Hospital or Specialized Health Care Facility when room and board charges are not incurred.

The Allowance payable by this Plan is set by the Trustees at a prescribed level and this level may be adjusted from time to time by the Trustees in their sole and absolute discretion. The maximum Allowance for MagnaCare in-network providers is determined according to the negotiated rate between MagnaCare and the provider.

This schedule of allowances is maintained by the Fund Office and the amount allowable by the Plan for specific services or procedures is available upon request.

**Physician:** A person legally licensed as a Medical Doctor (MD) or Doctor of Osteopathy (DO) and authorized to practice medicine, to perform surgery, and to administer drugs, under the laws of the state or jurisdiction where the services are rendered who:

1.      Acts within the scope of his or her license; and

2.      Is not the patient or the parent, spouse, sibling (by birth or marriage); or

3.      Is not the child of the patient.

**Podiatrist:** A person legally licensed as a doctor of podiatric medicine (DPM) and authorized to provide care and treatment of the human foot (and in some states, the ankle and leg up to the knee) under the laws of the state or jurisdiction where the services are rendered who:

1.      Acts within the scope of his or her license; and

2.      Is not the patient or the parent, spouse, sibling (by birth or marriage) or child of the patient.

124

**Pre-Admission Testing**: Laboratory tests and X-rays and other Medically Necessary tests per formed on an out-patient basis prior to a scheduled Hospital admission or out-patient Surgery.

**Prosthetic Appliance (or Device)**: A type of Corrective Appliance or device designed to replace all or part of a missing body part, including, but not limited to, artificial limbs, heart pacemakers, corrective lenses needed after cataract surgery. For the purposes of the Medical Plan, this definition does not include Dental Prostheses or hair replacements including, but not limited to, wigs, toupees, hair pieces or hair implants.

**Qualified Medical Child Support Order (QMCSO)**: A court or state administrative agency order that complies with requirements of federal law requiring an employee to provide health care coverage for a Child, and requiring that Benefits payable on account of that Child be paid directly to the Health Care Provider who rendered the services or to the custodial parent of the Child.

**Reconstructive Surgery**: A Medically Necessary Surgical procedure performed on an abnormal or absent structure of the body to correct damage caused by a congenital birth defect, an accidental injury, infection, disease or tumor, or for breast reconstruction following a total or partial mastectomy on account of a malignancy.

**Skilled Nursing Facility**: A public or private facility, licensed and operated according to law, that primarily provides skilled nursing and related services to people who require medical or nursing care and that rehabilitates injured, disabled or sick people, and that meets all of the following requirements:

1.    It is accredited by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) as a Skilled Nursing Facility or is recognized by Medicare as a Skilled Nursing Facility; **and**

2.    It maintains on its premises all facilities necessary for medical care and treatment; **and**

3.    It provides services under the supervision of Physicians; **and**

4.    It provides nursing services by or under the supervision of a licensed Registered Nurse, with one licensed Registered Nurse on duty at all times; **and**

5.    It is not (other than incidentally) a place for rest, domiciliary or custodial care, or care of people who are aged, alcoholic, blind, deaf, drug addicts, or mentally deficient; **and**

6.    It is not a hotel or motel.

**Specialized Health Care Facilities**: For the purposes of this Plan, Specialized Health Care Facilities include Ambulatory Surgical Facilities, Mental Health Treatment Facilities, Birthing Centers, Hospices, and Skilled Nursing Facilities.

**Substance Abuse**: Alcohol and/or drug dependency as defined by the current edition of the ICD-g-CM manual.

**Surgery**:

1.    Any operative or diagnostic procedure performed in the treatment of an injury or illness by instrument or cutting procedure through an incision or any natural body opening. When more than one surgical procedure is performed through the same incision or operative field or at the same operative session, the Plan Administrator or its designee will determine which surgical procedures will be considered to be separate procedures and which will be considered to be included as a single procedure for the purpose of determining Plan Benefits.

125

CORRESPONDENCE - BILLING for SIDOTE, BRIAN 04/16/1987 (37yo M) #21992

2.      When the procedures will be considered to be separate procedures, the following percentages of the scheduled allowance will be allowed as the Plan's Benefit:

a.      Allowances for multiple Surgeries through the same incision or operational field:

| Primary procedure | 90% of Scheduled Allowance |
|---|---|
| Secondary and additional procedures | 50% of Scheduled Allowance |

b.      Allowances for multiple Surgeries through separate incisions or operative fields performed at the same operative session:

| First site primary procedure | 90% of Scheduled Allowance |
|---|---|
| First site secondary and additional procedures | 50% of Scheduled Allowance per procedure |
| Second site primary and additional procedures | 50% of Scheduled Allowance per procedure |

**Total Disability, Totally Disabled**: The inability of a covered employee to perform all the duties of his or her occupation with the Company as a result of a non-occupational illness or injury, or the inability of a covered Dependent to perform the normal activities or duties of a person of the same age and sex. See also the definition of **Disability**.

**Well Baby Care; Well Child Care**: Health care services provided to a healthy newborn or child through age 6 that are determined by the Plan to be Medically Necessary even though they are not provided as a result of illness, injury or congenital defect.

126

CORRESPONDENCE - BILLING for SIDOTE, BRIAN 04/16/1987 (37yo M) #21992

## POWERS AND DUTIES OF THE TRUSTEES

### Plan Amendments or Termination

The Trustees of the Iron Workers Locals 40, 361 and 417 Health Fund reserves the right to amend or terminate this Plan, or any part of it at anytime. Amendments may be made in writing by the Trustees and become effective on such other date as may be specified in the document amending the Plan. The Plan or any coverage under it may be terminated by its Board of Trustees and new coverage may be added by its Board of Trustees. Upon termination of the Plan, the Trustees will apply the monies of the Fund to provide benefits or otherwise to carry out the purpose of the Plan in an equitable manner until the entire remainder of the Fund has been disbursed.

You will be notified in writing of any amendment to the Plan.

### Discretionary Authority of the Plan Administrator and Its Designees

In carrying out their respective responsibilities under the Plan, the Plan Administrator, and other Plan fiduciaries and individuals to whom responsibility for the administration of the Plan has been delegated, will have discretionary authority to interpret the terms of the Plan and to determine eligibility and entitlement to Plan benefits in accordance with the terms of the Plan. Any interpretation or determination under such discretionary authority will be given full force and effect, and will be accorded judicial deference in any action at court, unless it can be shown that the interpretation or determination was arbitrary and capricious.

### No Liability for the Practice of Medicine

The Plan, Plan Administrator or any of their designees are not engaged in the practice of medicine, nor do any of them have any control over any diagnosis, treatment, care or lack of care, or any health care services provided or delivered to you by any Health Care Provider. Neither the Plan, Plan Administrator, nor any of their designees, will have any liability whatsoever for any loss or injury caused to you by any Health Care Provider by reason of negligence, by failure to provide care or treatment, or otherwise.

### Facility of Payment

If the Fund Administrator determines that you cannot submit a claim or prove that you or your covered Dependent paid any or all of the charges for health care services that are covered by the Plan because you are incompetent, incapacitated or in a coma, the Plan may, at its discretion, pay Plan Benefits directly to the Health Care Professional(s) who provided the health care services or supplies, or to any other individual who is providing for your care and support. Any such payment of Plan Benefits will completely discharge the Plan's obligations to the extent of that payment. Neither the Plan, Fund Administrator, Board of Trustees, appropriate Health Organization nor any other designee of the Plan Administrator will be required to see to the application of the money so paid.

127